1   Eric A. Grasberger (admitted *pro hac vice*)
    eric.grasberger@stoel.com
2   Mario R. Nicholas (SB #273122)
    mario.nicholas@stoel.com
3   STOEL RIVES LLP
    760 SW Ninth Avenue, Suite 3000
4   Portland, OR 97205
    Telephone:  503.224.3380
5   Facsimile:  503.220.2480

6
    *Attorneys for JH Kelly, LLC*
7

8   Aaron R. Gruber (SB #209509)
    agruber@rallsgruber.com
9   Dylan J. Crosby (SB #299536)
    dcrosby@rallsgruber.com
10  Ralls Gruber & Niece LLP
    1700 S. El Camino Real, Suite 150
11  San Mateo, CA 94402
    Telephone:  650.445.0543
12  Facsimile:  650.240.2250

13
    *Attorneys for Pacific Gas and Electric Company*
14

15

16                  UNITED STATES DISTRICT COURT

17                 NORTHERN DISTRICT OF CALIFORNIA

18  | In re | Case No. 4:20-cv-05381-HSG (Lead Case) |
    | --- | --- |
19  | PG&E CORPORATION | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
    | v. | |
20  | AECOM TECHNICAL SERVICES, INC. | |
21  |  | (Consolidated with Case No. 3:20-cv-08463 EMC) |
22  |  | **STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE REGARDING PG&E'S MOTION TO DISMISS (DKT. NO. 24); AND ORDER** |
23
24
25
26
27
28

1    Pursuant to Civil L.R. 6-2, Plaintiff JH Kelly, LLC ("Kelly") and Defendant Pacific Gas

2    and Electric Company ("PG&E") (together, "the Parties") jointly seek an order of the Court to

3    modify the briefing schedule for Kelly's response to PG&E's Motion to Dismiss [Dkt. No. 24].

4    The Parties, through their respective counsel, stipulate as follows:

5    WHEREAS, on February 1, 2021, PG&E filed its Notice of Motion and Motion to

6    Dismiss Kelly's First Amended Complaint ("Motion") on the grounds that Kelly's First Claim for

7    Relief against PG&E and Defendant AECOM Technical Services, Inc. ("AECOM") for

8    Foreclosure of Mechanics Lien fails to state a claim for relief [Dkt. No. 24];

9    WHEREAS, on the same day, February 1, 2021, AECOM filed a counterclaim against

10   PG&E and Kelly for Determination of Priority and Extent of AECOM's valid Mechanics' Lien

11   (the "AECOM Lien Claim") [Dkt. No. 21];

12   WHEREAS, PG&E anticipates filing a motion to dismiss the AECOM Lien Claim on the

13   same or similar grounds as the Motion filed against Kelly;[1]

14   WHEREAS, the Parties respectfully request an order extending the time frame for Kelly

15   to file its response to the Motion, as set forth herein;

16   WHEREAS, the reason for the requested enlargement of time is to allow the briefing

17   schedule for Kelly's response to the Motion to mirror the briefing schedule for PG&E's

18   anticipated motion to dismiss the AECOM Lien Claim to streamline the presentation of

19   submissions to the Court on this issue.

20

21

22

23

24

25

26

27   [1] PG&E is meeting and conferring with AECOM concerning multiple claims (causes of action) asserted by
     AECOM.  PG&E may include arguments requesting the dismissal of additional AECOM causes of action in PG&E's
28   12(b)(6) submission.

STIPULATED REQUEST TO MODIFY
BRIEFING SCHEDULE                           -2-            CASE NO. 4:20-CV-05381-HSG

109727784.2 0034592- 00012

1     WHEREAS, there have been no previous time modifications in this case related to the

2  Motion;

3     WHEREAS, the requested time modification will not impact the schedule for the case or

4  the current hearing date, April 29, 2021 [Dkt. No. 28], for the Motion.

5     NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their

6  respective counsel, hereby STIPULATE and AGREE as follows:

7     1.     On or before March 8, 2021, Kelly will file its response to the Motion;

8     2.     On or before March 15, 2021, PG&E will file its reply in support of the Motion;

9     3.     By entering into this Stipulation, the Parties do not waive and expressly preserve

10          any and all rights and defenses.

11   **PURSUANT TO STIPULATION, IT IS SO ORDERED**

12   Dated: February 10, 2021

13

HAYWOOD S. GILLIAM, JR.
14   United States District Judge