| | |
|---|---|
| Marion T. Hack (SB #179216) <br> marion.hack@troutman.com <br> Luke Nicholas Eaton (SB #280387) <br> Luke.eaton@troutman.com <br> Troutman Pepper Hamilton Sanders LLP <br> 350 South Grand Avenue, Suite 3400 <br> Los Angeles, CA 90071 <br> Telephone: 213.928.9800 <br> Facsimile: 213.928.9850 <br> <br> *Attorneys for* <br> *AECOM Technical Services, Inc.* | Eric A. Grasberger (*pro hac vice*) <br> eric.grasberger@stoel.com <br> Mario R. Nicholas (SB #273122) <br> mario.nicholas@stoel.com <br> STOEL RIVES LLP <br> 760 SW Ninth Avenue, Suite 3000 <br> Portland, OR 97205 <br> Telephone: 503.224.3380 <br> Facsimile: 503.220.2480 <br> <br> *Attorneys for JH Kelly, LLC* |

Aaron R. Gruber (SB #209509)
agruber@rallsgruber.com
Dylan J. Crosby (SB #299536)
dcrosby@rallsgruber.com
Ralls Gruber & Niece LLP
1700 S. El Camino Real, Suite 150
Dan Mateo, CA 94402
Telephone: 650.445.0543
Facsimile: 650.240.2250

*Attorneys for*
*Pacific Gas and Electric Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| JH KELLY, LLC <br>                       Plaintiff, <br>   vs. <br> AECOM TECHNICAL SERVICES, INC., et al. <br>                       Defendant. | Case No. 4:20-cv-05381-HSG (Lead Case) <br> <br> (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) <br> <br> (Consolidated with Case No. 3:20-cv-08463-EMC) <br> <br> **[ORDER ON STIPULATED REQUEST TO MODIFY SCHEDULING ORDER** |

ORDER ON STIPULATED REQUEST TO MODIFY SCHEDULING ORDER
-1-

1  Pursuant to Civil L.R. 6-2, Plaintiff JH Kelly, LLC ("JH Kelly"), Defendant AECOM
2  Technical Services ("AECOM) Defendant Pacific Gas and Electric Company ("PG&E")
3  (together, "the Parties") jointly seek an order of the Court to modify, in part, the responsive
4  pleading deadlines set forth in the Court's January 29, 2021 Scheduling Order [Dkt. No. 17].
5  The Parties, through their respective counsel, stipulate as follows:
6  WHEREAS, on January 29, 2021, the Court issued its Scheduling Order [Dkt. No. 17],
7  which set out certain dates and deadlines for this matter;
8  WHEREAS, pursuant to the Scheduling Order, on February 1, 2021, AECOM filed its
9  Counterclaim against PG&E, among others [Dkt. No. 21];
10  WHEREAS, PG&E and JH Kelly have notified AECOM of its intention to file a Motion to
11  Dismiss, pursuant to Federal Rules of Civil Procedure, Rule 12(b)(6), regarding certain causes of
12  action in AECOM's Counterclaim;
13  WHEREAS, JH Kelly has notified AECOM of its intention to file a Motion to Dismiss
14  and/or Strike, pursuant to Federal Rules of Civil Procedure, Rule 12, regarding certain affirmative
15  defenses in AECOM's Answer to JH Kelly's First Amended Complaint;
16  WHEREAS, counsel for the Parties have engaged in several meet and confer discussions,
17  which have resulted in AECOM's agreement to amend its Counterclaim and its Answer;
18  WHEREAS, the Parties respectfully request an order modifying, in part, the dates and
19  deadlines for pleadings in the Action, set forth in the Scheduling Order;
20  WHEREAS, AECOM intends, by agreeing to voluntarily amend its Counterclaim and its
21  Answer, to potentially avoid unnecessary motion practice before this Court;
22  WHEREAS, there have been no previous modifications of the Scheduling Order and this
23  requested modification will not impact the date for the Parties to serve their respective Rule 26
24  Initial Disclosures;
25  NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their
26  respective counsel, hereby STIPULATE and AGREE as follows:
27
28  ///

1. On or before March 8, 2021, AECOM will file an amended Counterclaim and an amended Answer;

2. On or before March 29, 2021, PG&E and JH Kelly will file a responsive pleading to AECOM's amended Counterclaim and/or amended Answer, as applicable;

3. By entering into this Stipulation, the Parties do not waive, and expressly preserve any and all rights and defenses.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: 2/19/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge