1   Eric A. Grasberger (*pro hac vice*)          Marion T. Hack (SB #179216)
    eric.grasberger@stoel.com                    marion.hack@troutman.com
2   Mario R. Nicholas (SB #273122)               Luke Nicholas Eaton (SB #280387)
    mario.nicholas@stoel.com                     Luke.eaton@troutman.com
3   Stoel Rives LLP                              Troutman Pepper Hamilton Sanders LLP
    760 SW Ninth Avenue, Suite 3000              350 South Grand Avenue, Suite 3400
4   Portland, OR 97205                           Los Angeles, CA 90071
    Telephone:  503.224.3380                     Telephone:  213.928.9800
5   Facsimile:  503.220.2480                     Facsimile:  213.928.9850

6   *Attorneys for JH Kelly, LLC*                *Attorneys for AECOM Technical Services, Inc.*

7

8   Aaron R. Gruber (SB #209509)
    agruber@rallsgruber.com
9   Dylan J. Crosby (SB #299536)
    dcrosby@rallsgruber.com
10  Ralls Gruber & Niece LLP
    1700 S. El Camino Real, Suite 150
11  San Mateo, CA 94402
    Telephone:  650.445.0543
12  Facsimile:  650.240.2250

13  *Attorneys for Pacific Gas and Electric Company*

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

OAKLAND DIVISION

17

18  In Re                                        Case No. 4:20-cv-05381-HSG (Lead Case)

    PG&E CORPORATION                             (Reference withdrawn from Bankruptcy Case
19                                               No. 19-30088, Adv. Proc. No. 20-03019 and
            v.                                   Adv. Proc. No. 19-03008)
20
    AECOM TECHNICAL SERVICES, INC.
21                                               (Consolidated with Case No. 3:20-cv-08463-
                                                 EMC)
22
                                                 **ORDER ON STIPULATED REQUEST**
23                                               **TO MODIFY SCHEDULING ORDER**

24

25          Pursuant to Civil L.R. 6-2, JH Kelly, LLC ("Kelly"), AECOM Technical Services, Inc.

26  ("AECOM"), and Pacific Gas and Electric Company ("PG&E") (collectively, the "Parties"),

27  jointly seek an order of the Court to modify the Rule 26 Initial Disclosure deadline of Ed Staub

28

---

ORDER TO MODIFY
SCHEDULING ORDER                              -1-                    CASE NO.: 4:20-CV-05381-HSG

110152054.1 0034592-00012

1  & Sons Petroleum Inc. ("Staub") set forth in the Court's January 29, 2021 Scheduling Order

2  ("Scheduling Order") (Dkt. No. 17).[1] The Parties, through their respective counsel, stipulate as

3  follows:

4      WHEREAS, on January 29, 2021, the Court issued the Scheduling Order, which set out

5  certain dates and deadlines for this matter, including the deadline of March 15, 2021 for Staub

6  to submit its Initial Disclosures;

7      WHEREAS on February 19, 2021, the Court issued its Order on Stipulated Request to

8  Modify Scheduling Order that set deadlines of March 8, 2021 for AECOM to file an amended

9  Counterclaim and an amended Answer, and March 29, 2021 for PG&E and Kelly to file

10 responsive pleadings to AECOM's amended Counterclaims and/or amended Answer, as

11 applicable (Dkt. No. 35);

12     WHEREAS, in light of the amended deadline for PG&E and Kelly to file responsive

13 pleadings to AECOM's amended Counterclaims, the Parties agree that Staub's modified

14 deadline for the submission of its Rule 26 Initial Disclosures should be continued to April 12,

15 2021.

16     NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their

17 counsel, hereby STIPULATE and AGREE as follows:

18     1.    The modified deadline for Ed Staub & Sons Petroleum Inc. to submit its Rule 26

19          Initial Disclosures is April 12, 2021.

20     **PURSUANT TO STIPULATION, IT IS SO ORDERED**

22  Dated:  3/16/2021

23 

24 Honorable Haywood S. Gilliam, Jr.
   U.S. District Judge for U.S. District Court,
25 Northern District of California

[1] It is Staub's position that Staub is not currently a party to this lawsuit.  Kelly disputes that Staub is not currently a party to this lawsuit and reserves its rights in this regard.