1   Marion T. Hack (SB #179216)
    marion.hack@troutman.com
2   Luke Nicholas Eaton (SB #280387)
    Luke.eaton@troutman.com
3   Troutman Pepper Hamilton Sanders LLP
    350 South Grand Avenue, Suite 3400
4   Los Angeles, CA 90071
    Telephone:  213.928.9800
5   Facsimile:  213.928.9850

6   *Attorneys for*
    *AECOM Technical Services, Inc.*
7

8   Aaron R. Gruber (SB #209509)
    agruber@rallsgruber.com
9   Dylan J. Crosby (SB #299536)
    dcrosby@rallsgruber.com
10  Ralls Gruber & Niece LLP
    1700 S. El Camino Real, Suite 150
11  Dan Mateo, CA 94402
    Telephone:  650.445.0543
12  Facsimile:  650.240.2250

13
    *Attorneys for*
14  *Pacific Gas and Electric Company*

15                  **UNITED STATES DISTRICT COURT**

16              **NORTHERN DISTRICT OF CALIFORNIA**

17                           **OAKLAND**

18  JH KELLY, LLC                          | Case No. 4:20-cv-05381-HSG (Lead
                                           | Case)
19                        Plaintiff,
                                           | (Reference withdrawn from Bankruptcy
20       vs.                               | Case No. 19-30088, Adv. Proc. No. 20-
                                           | 03019 and Adv. Proc. No. 19-03008)
21  AECOM TECHNICAL SERVICES, INC., et al.
                                           | (Consolidated with Case No. 3:20-cv-
22                        Defendant.       | 08463-EMC)
23
24                                         | **ORDER ON STIPULATED
                                           | REQUEST TO MODIFY
25                                         | BRIEFING SCHEDULE  ON
                                           | PG&E'S MOTION TO DISMISS
26                                         | RE: AECOM'S FIRST AMENDED
                                           | COUNTER-CLAIM [DKT NO. 48]**
27
28

            ORDER ON STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE

1        Pursuant to Civil L.R. 6-2, AECOM Technical Services ("AECOM"), and Pacific Gas and

2 Electric Company ("PG&E") (collectively, the "Parties") jointly seek an order of the Court to

3 modify the briefing schedule for PG&E's Motion to Dismiss re: AECOM's First Amended

4 Counterclaim.

5        The Parties, through their respective counsel, stipulate as follows:

6        WHEREAS, on March 29, 2021, PG&E filed its Motion to Dismiss Re: AECOM's First

7 Amended Counterclaim [Dkt. No. 48];

8        WHEREAS, per the Federal Rules of Civil Procedure, the last day for AECOM to file its

9 Response to PG&E's Motion to Dismiss Re: AECOM's First Amended Counterclaim is April 12,

10 2021;

11        WHEREAS, per the Federal Rules of Civil Procedure, the last day for PG&E's to file its

12 Reply to AECOM's Response to PG&E's Motion to Dismiss Re: AECOM's First Amended

13 Counterclaim is April 19, 2021;

14        WHEREAS, the Parties are currently scheduled for a mediation on May 11, 2021;

15        WHEREAS, the Parties wish to focus time and energies on the upcoming mediation and

16 conserve resources in anticipation of the mediation, with the goal of achieving a global resolution

17 and avoiding further motion practice;

18        WHEREAS, PG&E's Motion to Dismiss JH Kelly's Mechanic's Lien cause of action

19 [Dkt. No. 24] is scheduled for hearing on April 29, 2021, and disposition of that Motion will likely

20 resolve part of PG&E's Motion to Dismiss as it relates to AECOM's mechanics lien claim and

21 therefore the Parties wish to avoid further briefing of that issue which will be decided by the Court

22 on or before April 29, 2021 and to limit submissions to the Court on this issue;

23        WHEREAS, there have been no previous time modifications in this case related to

24 PG&E's Motion to Dismiss Re: AECOM's First Amended Counterclaim;

25        WHEREAS, the reason for requesting the enlargement of time related to PG&E's Motion

26 to Dismiss Re: AECOM's First Amended Counterclaim is so that the Parties may conserve

27 resources in anticipation of mediation and avoid needless motion practice;

28

1    WHEREAS, the requested time modification will not impact the schedule for the case.

2    NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their

3  respective counsel, hereby STIPULATE and AGREE as follows:

4    1.  AECOM's deadline to file its Response to PG&E's Motion to Dismiss re: AECOM's

5  First Amended Counterclaim is continued from April 12, 2021 to May 25, 2021;

6    2.  PG&E's deadline to file its Reply to AECOM's Response to PG&E's Motion to

7  Dismiss is continued from April 19, 2021 to June 8, 2021;

8    3.  By entering into this Stipulation, the Parties do not waive, and expressly preserve any

9  and all rights and defenses.

10

11  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

12

13

14  DATED: 4/2/2021

15    By: _____
        HAYWOOD S. GILLIAM, JR.
16        United Stated District Judge

ORDER ON STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE