1  AARON R. GRUBER (CABN 209509)
   agruber@rallsgruber.com
2  DYLAN J. CROSBY (CABN 299536)
   dcrosby@rallsgruber.com
3  Ralls Gruber & Niece LLP
   1700 S. El Camino Real, Suite 150
4  San Mateo, CA 94402
   Telephone:  650.445.0543
5
   Attorneys for Counter-Defendant
6  PACIFIC GAS & ELECTRIC COMPANY

7

8                         UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                                OAKLAND DIVISION

| | |
|---|---|
| 11  In Re | Case No. 4:20-cv-05381-HSG (Lead Case) |
| 12  PG&E CORPORATION | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
| 13          v. | |
| 14  AECOM TECHNICAL SERVICES, INC. | (Consolidated with Case No. 3:20-cv-08463-EMC) |
| 15 | |
| 16 | **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF COUNTER-DEFENDANT PG&E'S MOTION TO DISMISS/STRIKE RE: AECOM'S SECOND AMENDED COUNTERCLAIM** |
| 17 | |
| 18 | |
| 19 | [Fed. R. Civ. P. 12(b)(6), 15(a)] |
| 20 | Date:            November 18, 2021<br>Time:            2:00 p.m.<br>Courtroom:  2, 4th Floor<br>Judge:           Hon. Gilliam S. Haywood, Jr. |
| 21 | |
| 22 | |
| 23 | Complaint Filed: January 25, 2019<br>Trial Date:          February 14, 2021 |

Pursuant to Rule 201 of the Federal Rules of Civil Procedure, Counter-Defendant Pacific Gas and Electric Company (PG&E) asks that the Court take judicial notice of the following documents in support of its Rule 15(a) Motion to Strike and Rule 12(b)(6) motion to dismiss as to Counterclaimant AECOM Technical Services, Inc.'s (AECOM) Second Amended Counterclaim:

1. Relevant excerpts of EPC Agreement, Attachment 1 – Project Specific Information, a true copy of which is attached as **Exhibit A** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *In re Northpoint Communs. Group, Inc., Sec. Litig.*, 221 F.Supp.2d 1090, 1095 (N.D. Cal. 2002) ("In ruling on a motion to dismiss, a court may take judicial notice of a document if it is relied on in the complaint (regardless of whether it is expressly incorporated therein) and its authenticity is not disputed"); *Salinas Valley Mem'l Healthcare Sys. v. Monterey Peninsula Horticulture, Inc.*, No. 17-cv-7076-LHK, 2019 U.S. Dist. LEXIS 104483, 2019 WL 2569545, at *4 (N.D. Cal. Jun. 21, 2019) (judicial notice of contract referenced in complaint); *Skilstaf, Inc. v. CVS Caremark Corp.*, 669 F.3d 1005, 1017 (9th Cir. 2012) (same).

2. Relevant excerpts of EPC Agreement, Attachment 2 – General Conditions, a true copy of which is attached as **Exhibit B** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *In re Northpoint Communs. Group,* 221 F.Supp.2d at 1095; *Salinas Valley Mem'l Healthcare Sys.*, 2019 U.S. Dist. LEXIS 104483, at *4; *Skilstaf, Inc.*, 669 F.3d at 1017.

3. Relevant excerpts of EPC Agreement, Attachment 3 – Specific Conditions, a true copy of which is attached as **Exhibit C** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *In re Northpoint Communs. Group,* 221 F.Supp.2d at 1095; *Salinas Valley Mem'l Healthcare Sys.*, 2019 U.S. Dist. LEXIS 104483, at *4; *Skilstaf, Inc.*, 669 F.3d at 1017.

4. Contract Change Order No. 1 executed September 16, 2016, a true copy of which is attached as **Exhibit D** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *Modular Space Corp v. Sierra*

*Kings Health Care Dist.*, No. CVF 07-1199 AWI GSA, 2008 U.S. Dist. LEXIS 11328, at *17 (E.D. Cal. Jan. 31, 2008); *Towantic Energy, L.L.C. v. GE*, No. C 04-00446 JF, 2004 U.S. Dist. LEXIS 15385, at *2, fn. 1 (N.D. Cal. Aug. 2, 2004).

5. Contract Change Order No. 2 executed January 9, 2017, a true copy of which is attached as **Exhibit E** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *Modular Space Corp.*, 2008 U.S. Dist. LEXIS 11328, at *17; *Towantic Energy,* 2004 U.S. Dist. LEXIS 15385, at *2, fn. 1.

6. Contract Change Order No. 3 executed February 20, 2017, a true copy of which is attached as **Exhibit F** to the Gruber Declaration. This document is subject to judicial notice pursuant to Rule 201 of the Federal Rules of Civil Procedure. *Modular Space Corp.*, 2008 U.S. Dist. LEXIS 11328, at *17; *Towantic Energy,* 2004 U.S. Dist. LEXIS 15385, at *2, fn. 1

7. Contract Change Order No. 4. executed March 29, 2017, a true copy of which is attached as **Exhibit G** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *Modular Space Corp.*, 2008 U.S. Dist. LEXIS 11328, at *17; *Towantic Energy,* 2004 U.S. Dist. LEXIS 15385, at *2, fn. 1

8. Contract Change Order No.5. executed June 6, 2017, a true copy of which is attached as **Exhibit H** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *Modular Space Corp.*, 2008 U.S. Dist. LEXIS 11328, at *17; *Towantic Energy,* 2004 U.S. Dist. LEXIS 15385, at *2, fn. 1

9. Contract Change Order No. 6. Executed December 7, 2017, a true copy of which is attached as **Exhibit I** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *Modular Space Corp.*, 2008 U.S. Dist. LEXIS 11328, at *17; *Towantic Energy,* 2004 U.S. Dist. LEXIS 15385, at *2, fn. 1.

10. Relevant excerpts of Article 4 – Project Specific Information – to the Request for Proposal for the Project, a true copy of which is attached as **Exhibit J** to the Khairi Declaration. This document is subject to judicial notice pursuant to Rule 201(b) of the Federal Rules of Civil Procedure. *In re Northpoint Communs. Group,* 221 F.Supp.2d at 1095; *Salinas Valley Mem'l Healthcare Sys.*, 2019 U.S. Dist. LEXIS 104483, at *4; *Skilstaf, Inc.*, 669 F.3d at 1017.

1 | Respectfully submitted,

Dated: August 9, 2021                     RALLS GRUBER & NIECE LLP

By: _____
    AARON R. GRUBER

Attorneys for Counter-Defendant
PACIFIC GAS & ELECTRIC COMPANY