1  AARON R. GRUBER (CABN 209509)
   agruber@rallsgruber.com
2  DYLAN J. CROSBY (CABN 299536)
   dcrosby@rallsgruber.com
3  Ralls Gruber & Niece LLP
   1700 S. El Camino Real, Suite 150
4  San Mateo, CA 94402
   Telephone: 650.445.0543
5
   Attorneys for Counter-Defendant
6  PACIFIC GAS & ELECTRIC COMPANY

7

8  # UNITED STATES DISTRICT COURT

9  # NORTHERN DISTRICT OF CALIFORNIA

10 # OAKLAND DIVISION

11 | In Re | Case No. 4:20-cv-05381-HSG (Lead Case) |
|---|---|
| PG&E CORPORATION | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
| v. | |
| AECOM TECHNICAL SERVICES, INC. | (Consolidated with Case No. 3:20-cv-08463-EMC) |
| | **[PROPOSED] ORDER GRANTING PG&E'S MOTION TO DISMISS/STRIKE RE: AECOM'S SECOND AMENDED COUNTERCLAIM** |
| | [Fed. R. Civ. P. 12(b)(6), 15(a)] |
| | Date:        November 18, 2021<br>Time:        2:00 p.m.<br>Courtroom:   2, 4th Floor<br>Judge:       Hon. Gilliam S. Haywood, Jr. |
| | Complaint Filed: January 25, 2019<br>Trial Date:        February 14, 2021 |

[PROPOSED] ORDER                                   -1-                    CASE NO. 4:20-CV-05381-HSG

**[PROPOSED] ORDER**

Pending before this Court is Counter-Defendant Pacific Gas & Electric Company's (PG&E) Rule 15(a) Motion to Strike and Rule 12(b)(6) Motion to Dismiss filed as to Counter-Complainant AECOM Technical Services, Inc's (AECOM) Second Amended Counterclaim.  Dkt. No. 65.  Having fully considered the matter, the Court GRANTS the motion as follows:

1. Any new allegations pled by AECOM in support of second claim for Breach of Contract, third claim for Breach of Implied Warranty of Adequacy of Plans and Specifications, and fourth claim for Breach of the Implied Covenant of Good Faith and Fair Dealing are stricken for failure to seek leave to amend.  AECOM is ordered to file an amended pleading restating its second, third, and fourth claims plead in its First Amended Counterclaim.

2. AECOM's Fifth Claim for Negligent Misrepresentation is dismissed with prejudice for failure to state a claim upon which relief may be granted.

3. AECOM's Sixth Claim for Fraudulent Concealment is dismissed with prejudice for failure to state a claim upon which relief may be granted.

4. AECOM's Seventh Claim for Quantum Meruit is dismissed with prejudice for failure to state a claim upon which relief may be granted.

5. AECOM's Eight Claim for Implied Contractual Indemnity is dismissed with prejudice for failure to state a claim upon which relief may be granted.

6. AECOM's Sixteenth Claim for Contribution/Apportionment is dismissed with prejudice for failure to state a claim upon which relief may be granted,

**IT IS SO ORDERED.**

Dated: _____, 2021   _____
HON. GILLIAM S. HAYWOOD, JR.
UNITED STATES DISTRICT COURT JUDGE