AARON R. GRUBER (CABN 209509)
agruber@rallsgruber.com
DYLAN J. CROSBY (CABN 299536)
dcrosby@rallsgruber.com
Ralls Gruber & Niece LLP
1700 S. El Camino Real, Suite 150
San Mateo, CA 94402
Telephone: 650.445.0543

Attorneys for Defendant
PACIFIC GAS & ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>    v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**[PROPOSED] ORDER GRANTING PG&E'S MOTION FOR RULE 54(b) JUDGMENT AS TO AECOM AND JH KELLY'S MECHANIC'S LIEN CLAIMS**<br><br>[Fed. R. Civ. P. 54(b)]<br><br>Date:          December 2, 2021<br>Time:          2:00 p.m.<br>Courtroom:  2, 4th Floor<br>Judge:        Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: January 25, 2019<br>Trial Date:      February 14, 2021 |

**[PROPOSED] ORDER**

Pending before this Court is Pacific Gas & Electric Company's (PG&E) Rule 54(b) Motion for Judgment as to AECOM Technical Services, Inc. (AECOM) and JH Kelly, LLC's (JH Kelly) mechanic's lien claims. Having fully considered the matter, the Court GRANTS the motion as follows:

    1.    Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that final judgment as to AECOM's first claim for Determination of Priority and Extent of AECOM's Valid Mechanic's Lien (Dkt. No. 38) is appropriate because the Court has rendered a judgment as to JH Kelly's claim and there is no just reason for delay.

    2.    Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Court finds that final judgment as to JH Kelly's first claim for Foreclosure of Mechanics Lien (Dkt. No. 18) is appropriate because the Court has rendered a judgment as to JH Kelly's claim and there is no just reason for delay.

**IT IS SO ORDERED.**

Dated: _____, 2021

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE