Marion T. Hack (SB #179216)
marion.hack@troutman.com
Luke Nicholas Eaton (SB #280387)
Luke.eaton@troutman.com
William Taylor (*admitted pro hac vice*)
William.taylor@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for*
*AECOM Technical Services, Inc.*


Aaron R. Gruber (SB #209509)
agruber@rallsgruber.com
Dylan J. Crosby (SB #299536)
dcrosby@rallsgruber.com
Ralls Gruber & Niece LLP
1700 S. El Camino Real, Suite 150
Dan Mateo, CA 94402
Telephone: 650.445.0543
Facsimile: 650.240.2250

*Attorneys for*
*Pacific Gas and Electric Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| JH KELLY, LLC<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>AECOM TECHNICAL SERVICES, INC., et al.<br><br>　　　　　　　　Defendant. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**STIPULATED REQUEST TO MODIFY BRIEFING SCHEDULE ON PG&E'S MOTION TO DISMISS/STRIKE RE: AECOM'S SECOND AMENDED COUNTER-CLAIM [DKT NO. 67]** |

Pursuant to Civil L.R. 6-2, AECOM Technical Services ("AECOM"), and Pacific Gas and Electric Company ("PG&E") (collectively, the "Parties") jointly seek an order of the Court to modify the briefing schedule for PG&E's Motion to Dismiss/Strike re: AECOM's Second Counterclaim.

The Parties, through their respective counsel, stipulate as follows:

WHEREAS, on August 10, 2021, PG&E filed its Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim [Dkt. No. 67], setting a hearing date of November 18, 2021;

WHEREAS, on August 17, 2021, the hearing date of PG&E's Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim [Dkt. No. 67] was reset to November 4, 2021;

WHEREAS, per the Federal Rules of Civil Procedure, the last day for AECOM to file AECOM's Response to PG&E's Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim is August 23, 2021;

WHEREAS, per the Federal Rules of Civil Procedure, the last day for PG&E to file PG&E's Reply to AECOM's Response to PG&E's Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim is August 30, 2021;

WHEREAS, the Parties wish to focus their time and resources on discovery and depositions in the coming months;

WHEREAS, there have been no previous time modifications in this case related to PG&E's Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim, but there have been three (3) other brief time modifications in the case by stipulation of the Parties;

WHEREAS, the reason for requesting the enlargement of time related to PG&E's Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim is so that the Parties may conserve resources and time to focus on key depositions of witnesses related to the Parties' claims;

WHEREAS, the requested time modification will not impact the schedule for the case.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

1. AECOM's deadline to file its Response to PG&E's Motion to Dismiss/Strike re: AECOM's Second Amended Counterclaim is continued from August 23, 2021 to September 17, 2021;

2. PG&E's deadline to file its Reply to AECOM's Response to PG&E's Motion to Dismiss is continued from August 30, 2021 to October 1, 2021;

3. The hearing date for PG&E's Motion to Dismiss shall remain on November 4, 2021.

4. By entering into this Stipulation, the Parties do not waive, and expressly preserve any and all rights and defenses.

**IT IS SO STIPULATED.**

DATED: August 30, 2021      **RALLS GRUBER & NIECE LLP**

By:   */s/ Dylan J. Crosby*
        Aaron R. Gruber
        Dylan J. Crosby

*Attorneys for Pacific Gas and Electric Company*

DATED: August 30, 2021      **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   */s/ Luke N. Eaton*
        Marion T. Hack
        Luke N. Eaton
        William Taylor

*Attorneys for AECOM Technical Services, Inc.*

I, Luke N. Eaton, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Civil L.R. 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: August 30, 2021

By:    */s/ Luke N. Eaton*
      Luke N. Eaton