1
2
3
4
5
6
7

8                              **UNITED STATES DISTRICT COURT**

9                              **NORTHERN DISTRICT OF CALIFORNIA**

10                                    **OAKLAND DIVISION**

| | |
|---|---|
| 11  In Re | Case No. 4:20-CV-05381-HSG (Lead Case) |
| 12  PG&E CORPORATION, | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
| 13                   Plaintiff, | |
| 14            v. | (Consolidated with Case No. 3:20-cv-08463-EMC) |
| 15  AECOM TECHNICAL SERVICES, INC., | **[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT** |
| | |
| | Date:        January 13, 2022 |
| | Time:        2:00 p.m. |
| | Courtroom:   2, 4th Floor |
| | Judge:       Hon. Haywood S. Gilliam Jr. |
| | |
| | Complaint Filed: January 25, 2019 |
| | Trial Date:      February 14, 2022 |

# **[PROPOSED] ORDER**

Plaintiff JH Kelly ("Kelly") motion for leave to file its Second Amended Complaint is hereby GRANTED.

Kelly's Second Amended Complaint may be filed within 10 calendar days of the date of this Order.

**IT IS SO ORDERED.**

Dated: _____

_____
Judge of the United States District Court
Honorable Haywood S. Gilliam, Jr.