Marion T. Hack (SB #179216)
marion.hack@troutman.com
Luke Nicholas Eaton (SB #280387)
Luke.eaton@troutman.com
William Taylor (*admitted pro hac vice*)
William.taylor@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:  213.928.9850

*Attorneys for*
*AECOM Technical Services, Inc.*


Henry A. Wirta, Jr.
**HARRINGTON FOXX DUBROW & CANTER, LLP**
601 Montgomery Street, Suite 800
San Francisco, CA 94111
hwirta@hfdclaw.com

*Attorneys for Ed Staub & Sons Petroleum, Inc.*

Eric A. Grasberger (*admitted pro hac vice*)
Eric.grasberger@stoel.com
Mario R. Nicholas (SB #273122)
Mario.nicholas@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for JH Kelly, LLC*

Aaron Gruber, Esq.
Dylan J. Crosby, Esq.
**RALLS GRUBER & NIECE**
1700 S. El Camino Real, Suite 150
San Mateo, CA 94402
T: (650) 445-0543
F: (415) 640-1991
agruber@rallsgruber.com
dcrosby@rallsgruber.com

*Attorneys for*
*Pacific Gas & Electric Company*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND**

| | |
|---|---|
| JH KELLY, LLC<br><br>                    Plaintiff,<br><br>    vs.<br><br>AECOM TECHNICAL SERVICES, INC., et al.<br><br>                    Defendant. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**ORDER ON STIPULATED REQUEST TO ADVANCE HEARING DATE RE: JH KELLY'S MOTION FOR LEAVE TO AMEND SECOND AMENDED COMPLAINT [DKT NO. 82]** |

1   Pursuant to Civil Local Rules 6-2 and 7-12, AECOM Technical Services ("AECOM"), JH

2   Kelly, LLC ("Kelly"), Pacific Gas and Electric Company ("PG&E"), and Ed Staub and Sons

3   Petroleum, Inc. ("Staub") (collectively, the "Parties") jointly seek an order of the Court to advance

4   the hearing date for Kelly's Motion for Leave to Amend its Second Amended Complaint ("Motion

5   for Leave").

6   The Parties, through their respective counsel, stipulate as follows:

7   WHEREAS, on August 10, 2021, PG&E filed its Motion to Dismiss/Strike re: AECOM's

8   Second Amended Counterclaim ("Motion to Dismiss/Strike") [Dkt. No. 67], setting a hearing date

9   of November 18, 2021;

10   WHEREAS, on August 17, 2021, the hearing date of PG&E's Motion to Dismiss/Strike

11   [Dkt. No. 67] was reset to November 4, 2021;

12   WHEREAS, on September 17, 2021, Kelly filed its Motion for Leave [Dkt. No. 82], set

13   for hearing on January 13, 2022;

14   WHEREAS, Kelly's proposed Second Amended Complaint [Dkt. No. 83-1] contains

15   revisions to its sixth cause of action for Quantum Meruit/Abandonment, among other revisions;

16   WHEREAS, the Court's decision on PG&E's Motion to Dismiss/Strike [Dkt. No. 67],

17   specifically as to AECOM's seventh cause of action for Quantum Meruit, and Kelly's Motion for

18   Leave [Dkt. No. 82], specifically as to Kelly's sixth cause of action for Quantum

19   Meruit/Abandonment [Dkt. No. 83-1], will both involve the Court's analysis of quantum

20   meruit/abandonment causes of action under California law;

21   WHEREAS, the Parties believe it would be the most efficient use of the Parties' and the

22   Court's resources to have Kelly's Motion for Leave [Dkt No. 82] heard at the same date and time

23   as PG&E's Motion to Dismiss/Strike [Dkt. No. 67];

24   WHEREAS, there have been no previous time modifications in this case related to Kelly's

25   Motion for Leave, but there have been four (4) other brief time modifications in the case by

26   stipulation of the Parties;

27

28

WHEREAS, the reason for requesting the advancing of Kelly's Motion for Leave hearing is so that related substantive and procedural issues can be determined together, and to streamline the case;

WHEREAS, the requested time modification will not impact the schedule for the case.

NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE as follows:

1. Kelly's Motion for Leave hearing, currently scheduled for January 13, 2022 at 2:00 p.m. is advanced to November 4, 2021 at 2:00 p.m., the same date and time as PG&E's Motion to Dismiss/Strike;

2. By entering into this Stipulation, the Parties do not waive, and expressly preserve any and all rights and defenses.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  10/4/2021

By: _____
HAYWOOD S. GILLIAM, JR.
United Stated District Judge