| | |
|---|---|
| Marion T. Hack (State Bar No. 179216)<br>marion.hack@troutman.com<br>Luke N. Eaton (State Bar No. 280387)<br>luke.eaton@troutman.com<br>William Taylor (*admitted pro hac vice*)<br>william.taylor@troutman.com<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone:  213.928.9800<br>Facsimile:  213.928.9850<br><br>Attorneys for<br>AECOM Technical Services, Inc. | Aaron Gruber, Esq.<br>Dylan J. Crosby, Esq.<br>**RALLS GRUBER & NIECE**<br>1700 S. El Camino Real, Suite 150<br>San Mateo, CA 94402<br>T: (650) 445-0543<br>F: (415) 640-1991<br>agruber@rallsgruber.com<br>dcrosby@rallsgruber.com<br><br>Attorneys for Pacific Gas & Electric Company |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**JOINT NOTICE OF SETTLEMENT AS TO PACIFIC GAS & ELECTRIC COMPANY AND AECOM TECHNICAL SERVICES, INC. ONLY** |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PACIFIC GAS & ELECTRIC COMPANY ("PG&E") and AECOM TECHNICAL SERVICES, INC. ("AECOM") (collectively, the "Parties"), wish to inform the Court that they have reached a settlement in principle in the above-captioned matter as to PG&E and AECOM only.  The Parties are in the process of drafting a settlement agreement to reflect the final terms. The Parties jointly request that the Court stay the following upcoming hearings pending finalization of the settlement and dismissal of claims between AECOM and PG&E:

1. PG&E's Motion to Dismiss/Strike AECOM's Second Amended Counterclaim Hearing on November 4, 2021 at 2:00 p.m.;
2. AECOM and PG&E's Joint Discovery Letter Hearings (two letters have been submitted – one is set for hearing on October 28, 2021 at 1:00 p.m., the other is not yet calendared);
3. PG&E's Rule 54 Motion Hearing (as to AECOM only) on December 2, 2021 at 2:00 p.m.

AECOM and PG&E anticipate being able to file dismissals as they relate to each other in the next thirty (30) days.  The case will continue to proceed as to the claims asserted between AECOM and JH KELLY, LLC.

Dated: October 18, 2021         TROUTMAN PEPPER HAMILTON SANDERS LLP


By: /s/ Luke N. Eaton
    MARION T. HACK
    LUKE N. EATON
    WILLIAM TAYLOR
    Attorneys for
    AECOM TECHNICAL SERVICES, INC.

Dated: October 18, 2021         RALLS GRUBER & NIECE


By: /s/ Aaron Gruber
    Aaron Gruber
    Dylan J. Crosby
    Attorneys for
    PACIFIC GAS & ELECTRIC COMPANY

In accordance with N.D. Cal. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of all other signatories in the filing of this document.

Dated:  October 18, 2021

By: /s/ Luke N. Eaton
    Luke N. Eaton