UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re
PG&E CORPORATION                              ,

            Plaintiff<< (s) >>,

      v.

AECOM TECHNICAL SERVICES, INC.,

            Defendant<< (s) >>.

Case No. 4:20-cv-05381-HSG (Lead Case)

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Colm P. Nelson, an active member in good standing of the bar of Washington, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: JH Kelly, LLC in the above-entitled action. My local co-counsel in this case is Edward C. Duckers, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 242113.

600 University Street, Ste 3600, Seattle WA
MY ADDRESS OF RECORD

(206) 386-7525
MY TELEPHONE # OF RECORD

colm.nelson@stoel.com
MY EMAIL ADDRESS OF RECORD

3 Embarcadero Center, Ste 1120, San Francisco, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(916) 319-4744
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

ed.duckers@stoel.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 36735.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

United States District Court
Northern District of California

1    I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially

2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local

3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.

4  Dated: ___12/03/2021_____          _s/Colm P. Nelson_____

5                                                           APPLICANT

6

7

8                    ORDER GRANTING APPLICATION

9              FOR ADMISSION OF ATTORNEY PRO HAC VICE

10

11    IT IS HEREBY ORDERED THAT the application of _Colm P. Nelson_____ is

12  granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney

13  must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-

14  counsel designated in the application will constitute notice to the party.

15  Dated: _12/15/2021_____

16

17    _Haywood S. Gill Jr._____

18    UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

|  |  |  |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) | BAR NO. 36735 |
| OF | ) | **CERTIFICATE** |
| COLM NELSON | ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) | **GOOD STANDING** |

_____

I, Sarah R. Pendleton, Deputy Clerk of the Supreme Court of the State of Washington, hereby certify

**COLM NELSON**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on November 10, 2005, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of this Court on the 19th day of November, 2021.

Sarah R. Pendleton
Supreme Court Deputy Clerk
Washington State Supreme Court