1  Marion T. Hack (SB #179216)
   marion.hack@troutman.com
2  Luke Nicholas Eaton (SB #280387)
   Luke.eaton@troutman.com
3  **TROUTMAN PEPPER HAMILTON SANDERS LLP**
   350 South Grand Avenue, Suite 3400
4  Los Angeles, CA 90071
   Telephone:  213.928.9800
5  Facsimile:  213.928.9850

6  *Attorneys for*
   *AECOM Technical Services, Inc.*
7

8  Aaron R. Gruber (SB #209509)
   agruber@rallsgruber.com
9  Dylan J. Crosby (SB #299536)
   dcrosby@rallsgruber.com
10 Ralls Gruber & Niece LLP
   1700 S. El Camino Real, Suite 150
11 Dan Mateo, CA 94402
   Telephone:  650.445.0543
12 Facsimile:  650.240.2250

13
   *Attorneys for*
14 *Pacific Gas and Electric Company*

15                  **UNITED STATES DISTRICT COURT**

16                  **NORTHERN DISTRICT OF CALIFORNIA**

17                              **OAKLAND**

| | |
|---|---|
| 18  JH KELLY, LLC | |
| 19                          Plaintiff, | Case No. 4:20-cv-05381-HSG (Lead Case) |
| 20        vs. | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
| 21  AECOM TECHNICAL SERVICES, INC., et al. | |
| 22                          Defendant. | (Consolidated with Case No. 3:20-cv-08463-EMC) |
| 23 | |
| 24 | |
| 25 | **STIPULATED REQUEST FOR DISMISSAL** |
| 26 | |

27
28

                              -1-
             STIPULATED REQUEST FOR DISMISSAL

-2-

Defendant and Counterclaimant AECOM Technical Services ("AECOM) and Defendant and Counterclaimant Pacific Gas and Electric Company ("PG&E") (together, "the Parties"), through their respective counsel, stipulate as follows:

WHEREAS, on October 18, 2021, the Parties filed a Joint Notice of Settlement regarding the claims and counterclaims between the Parties [Dkt No. 93];

WHEREAS, the Parties have now entered into a written settlement agreement;

NOW THEREFORE, in consideration of the terms of the negotiated settlement agreement concerning the claims and counterclaims between and among them, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of the settlement agreement between the Parties, to the Dismissal with Prejudice of all claims and counterclaims stated between the Parties in AECOM's Second Amended Counterclaim [Dkt. No. 65] and PG&E's Counterclaim [Dkt No. 36], with each party to bear its own attorney's fees and costs.

Nothing herein shall affect the remaining claims and counterclaims between and among AECOM, JH KELLY, LLC and ED STAUB & SONS PETROLEUM, INC.

**IT IS SO STIPULATED.**

DATED:  December 30, 2021

                                              **RALLS GRUBER & NIECE LLP**

                                              By:   /s/  Aaron J. Gruber
                                                         Aaron R. Gruber
                                                         Dylan J. Crosby

                                            *Attorneys for Pacific Gas and Electric Company*

1 | DATED: December 30, 2021

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:   /s/ Luke N. Eaton
       Marion T. Hack
       Luke N. Eaton

I, Luke N. Eaton, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Civil L.R. 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: December 30, 2021

By:   /s/ Luke N. Eaton
       Luke N. Eaton

Marion T. Hack (SB #179216)
marion.hack@troutman.com
Luke Nicholas Eaton (SB #280387)
Luke.eaton@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:  213.928.9850

*Attorneys for*
*AECOM Technical Services, Inc.*


Aaron R. Gruber (SB #209509)
agruber@rallsgruber.com
Dylan J. Crosby (SB #299536)
dcrosby@rallsgruber.com
Ralls Gruber & Niece LLP
1700 S. El Camino Real, Suite 150
Dan Mateo, CA 94402
Telephone:  650.445.0543
Facsimile:  650.240.2250

*Attorneys for*
*Pacific Gas and Electric Company*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND

| | |
|---|---|
| JH KELLY, LLC<br><br>          Plaintiff,<br><br>   vs.<br><br>AECOM TECHNICAL SERVICES, INC., et al.<br><br>          Defendant. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**ORDER ON STIPULATED REQUEST FOR DISMISSAL** |

Defendant and Counterclaimant AECOM Technical Services ("AECOM) and Defendant and Counterclaimant Pacific Gas and Electric Company ("PG&E") (together, "the Parties"), jointly seek a dismissal of the claims asserted between them.

The Parties, through their respective counsel, stipulate as follows:

WHEREAS, on October 18, 2021, the Parties filed a Joint Notice of Settlement regarding the claims and counterclaims between the Parties [Dkt No. 93];

WHEREAS, the Parties have now entered into a written settlement agreement;

NOW THEREFORE, in consideration of the terms of the negotiated settlement agreement concerning the claims and counterclaims between and among them, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of the settlement agreement between the Parties, to the Dismissal with Prejudice of all claims and counterclaims stated between the Parties in AECOM's Second Amended Counterclaim [Dkt. No. 65] and PG&E's Counterclaim [Dkt No. 36], with each party to bear its own attorney's fees and costs.

Nothing herein shall affect the remaining claims and counterclaims between and among AECOM, JH KELLY, LLC and ED STAUB & SONS PETROLEUM, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: January 3, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge