Marion T. Hack (SB #179216)
marion.hack@troutman.com
Luke Nicholas Eaton (SB #280387)
Luke.eaton@troutman.com
William Taylor (*admitted pro hac vice*)
William.taylor@troutman.com
**TROUTMAN PEPPER HAILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:  213.928.9850

*Attorneys for*
*AECOM Technical Services, Inc.*


Henry A. Wirta, Jr.
**HARRINGTON FOXX DUBROW & CANTER, LLP**
601 Montgomery Street, Suite 800
San Francisco, CA 94111
hwirta@hfdclaw.com

*Attorneys for Ed Staub & Sons Petroleum, Inc.*

Eric A. Grasberger (*admitted pro hac vice*)
Eric.grasberger@stoel.com
Mario R. Nicholas (SB #273122)
Mario.nicholas@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for JH Kelly, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND

|  |  |
|---|---|
| JH KELLY, LLC | Case No. 4:20-cv-05381-HSG (Lead Case) |
| Plaintiff, | |
| vs. | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
| AECOM TECHNICAL SERVICES, INC., et al. | |
| Defendant. | (Consolidated with Case No. 3:20-cv-08463-EMC) |
| | **ORDER ON STIPULATED REQUEST TO MODIFY SCHEDULING ORDER [DKT. NO. 17]** |

1    Pursuant to Civil Local Rules 6-2 and 7-12, AECOM Technical Services, Inc.

2  ("AECOM"), JH Kelly, LLC ("Kelly"), and Ed Staub and Sons Petroleum, Inc. ("Staub")

3  (collectively, the "Parties") jointly seek an order of the Court to modify the following dates of the

4  Scheduling Order [Dkt. No. 17].

5    The Parties, through their respective counsel, stipulate as follows:

6    WHEREAS, pursuant to the Court's Scheduling Order [Dkt. No. 17], the deadline for

7  parties to file joint pretrial statements, jury instructions, voir dire questions, verdict forms,

8  proposed statement of the case, option trial briefs, and oppositions to motions in limine ("Pretrial

9  Filings") was set for January 16, 2022.

10   WHEREAS, pursuant to the Court's Scheduling Order [Dkt. No. 17], the deadline to

11  submit two binders to the Clerk's office is January 17, 2022;

12   WHEREAS, January 16, 2022 is a Sunday in which the Court and the Parties' respective

13  firms are closed;

14   WHEREAS, January 17, 2022 is a Court holiday in which the Court and the Parties'

15  respective firms are closed;

16   WHEREAS, the Parties stipulate that the filing deadline of January 16, 2022 should be

17  extended to January 18, 2022 in light of the weekend and holiday;

18   WHEREAS, the parties stipulate that the binder submission deadline of January 17, 2022

19  should be extended to January 19, 2022 in light of the weekend and holiday;

20   WHEREAS, there have been two previous time modifications in this case related to the

21  Scheduling Order [Dkt. No. 17];

22   WHEREAS, the reason for requesting the minor modification of the Scheduling Order is

23  so that the parties have sufficient time to file and submit their Pretrial Filings and binders on days

24  the Court and the parties' respective offices are open;

25   NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their

26  respective counsel, hereby STIPULATE and AGREE as follows:

27

28

1.  The Parties' deadline to file their Pretrial Filings is extended from January 16, 2022 to January 18, 2022;

3.  The Parties' deadline to submit their Pretrial Filings in two binders to the clerk is extended from January 17, 2022 to January 19, 2022.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  1/6/2022

By: _Haywood S. Gill Jr._

HAYWOOD S. GILLIAM, JR.
United Stated District Judge

---

ORDER ON STIPULATED REQUEST TO MODIFY SCHEDULING ORDER
-3-