Eric A. Grasberger (admitted *pro hac vice*)
eric.grasberger@stoel.com
Edward C. Duckers (SB #242113)
ed.duckers@stoel.com
Mario R. Nicholas (SB #273122)
mario.nicholas@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for JH Kelly, LLC*

Marion T. Hack (State Bar No. 179216)
marion.hack@troutman.com
Luke N. Eaton (State Bar No. 280387)
luke.eaton@troutman.com
William Taylor (admitted *pro hac vice*)
william.taylor@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for AECOM Technical Services, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>PG&E CORPORATION<br>v.<br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463 EMC)<br><br>**ORDER ON STIPULATED REQUEST TO EXTEND TIME TO FILE MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

Plaintiff JH Kelly, LLC ("Kelly") and Defendant AECOM technical Services, Inc. ("AECOM") (together, "the Parties"), through their respective counsel, stipulate as follows:

1     WHEREAS, on February 4, 2022, AECOM filed its Answer to Kelly's Second Amended Complaint [Dkt No. 186];

    WHEREAS, the deadline for Kelly to file a motion to strike any affirmative defenses in the Answer to Kelly's Second Amended Complaint pursuant to Federal Rule of Civil Procedure 12(f) is February 25, 2022;

    WHEREAS, the Parties are scheduled to participate in a settlement conference with Chief Magistrate Judge Joseph C. Spero on March 29, 2022;

    WHEREAS trial in this matter is set for June 20, 2022;

    NOW THEREFORE, the Court finds good cause to extend the deadline to file a motion to strike any affirmative defense in AECOM's Answer to Kelly's Second Amended Complaint until April 12, 2022 in order to permit the parties to devote their resources to their attempts to settle this matter and to permit further conferral regarding the Parties' affirmative defenses before trial. Accordingly, the Court grants the Parties' Stipulated Request to Extend the Time to File Motion to Strike Affirmative Defenses.

    Nothing herein shall affect the remaining claims and counterclaims between and among JH KELLY, LLC and AECOM TECHNICAL SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED: 2/28/2022

*/s/ Haywood S. Gilliam, Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge