Eric A. Grasberger (admitted *pro hac vice*)
eric.grasberger@stoel.com
Edward C. Duckers (SB #242113)
ed.duckers@stoel.com
Mario R. Nicholas (SB #273122)
mario.nicholas@stoel.com
**STOEL RIVES LLP**
760 SW Ninth Avenue, Suite 3000
Portland, OR 97205
Telephone: 503.224.3380
Facsimile: 503.220.2480

*Attorneys for JH Kelly, LLC*

Henry A. Wirta, Jr (SB#110097)
hwirta@hfdclaw.com
**Harrington Foxx Dubrow & Canter, LLP**
601 Montgomery Street, Suite 800
San Francisco, CA 94111
Telephone: 415.288.6600
Facsimile: 415.288.6618

*Attorneys for Ed Staub & Sons Petroleum, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463 EMC)<br><br>**STIPULATED REQUEST FOR DISMISSAL** |

Third Party Plaintiff JH Kelly, LLC ("Kelly") and Third Party Defendant Ed Staub and Sons Petroleum, Inc. ("Staub") (together, "the Parties"), through their respective counsel, stipulate as follows:

WHEREAS, on January 6, 2022, the Parties filed a Joint Notice of Settlement regarding the claims between the Parties [Dkt No. 129];

WHEREAS, the Parties have entered into a written settlement agreement;

NOW THEREFORE, in consideration of the terms of the negotiated settlement agreement concerning the claims among them, the Parties, by and through their respective counsel, hereby

1  STIPULATE and AGREE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and
2  subject to the terms of the settlement agreement between the Parties, to the Dismissal with
3  Prejudice of all claims stated between the Parties, with each party to bear its own attorneys' fees
4  and costs.
5     Nothing herein shall affect the remaining claims and counterclaims between and among
6  JH KELLY, LLC and AECOM TECHNICAL SERVICES, INC.

9  **IT IS SO STIPULATED.**
10 DATED:  February 24, 2022

**STOEL RIVES LLP**

By: */s/ Mario R. Nicholas*
    Eric A. Grasberger
    Edward C. Duckers
    Mario R. Nicholas

*Attorneys for JH Kelly, LLC*

DATED:  February 24, 2022

**HARRINGTON FOXX DUBROW & CANTER, LLP**

By: */s/ Henry A. Wirta*
    Henry A. Wirta, Jr.

*Attorneys for Ed Staub & Sons Petroleum, Inc.*

1    I, <u>Mario R. Nicholas</u>, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Civil L.R. 5-1(i)(3).  I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED:  February 24, 2022

                                                                                */s/ Mario R. Nicholas*

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing STIPULATION on the following named person(s) on the date indicated below by:

☒   mailing with postage prepaid

☐   hand delivery

☒   email

☒   notice of electronic filing using the CM/ECF system (if person(s) is/are registered with CM/ECF system)

to said person(s) a true copy thereof, contained in a sealed envelope, addressed to said person(s) at his or her last-known address(es) indicated below.

| | |
|---|---|
| Aaron R. Gruber<br>agruber@rallsgruber.com<br>Dylan J. Crosby<br>dcrosby@rallsgruber.com<br>Ralls Gruber & Niece LLP<br>1700 S. El Camino Real, Suite 150<br>Dan Mateo, CA 94402<br><br>Attorneys for *Pacific Gas and Electric Company*<br><br>Henry A. Wirta, Jr<br>hwirta@hfdclaw.com<br>Harrington Foxx Dubrow & Canter, LLP<br>601 Montgomery Street, Suite 800<br>San Francisco, CA 94111<br><br>Attorneys for *Ed Staub & Sons Petroleum, Inc.* | Luke Nicholas Eaton<br>luke.eaton@troutman.com<br>Marion T. Hack<br>marion.hack@troutman.com<br>William M. Taylor<br>William.taylor@troutman.com<br>Zachary Torres-Fowler<br>Zach.torres-fowler@troutman.com<br>Troutman Pepper Hamilton Sanders LLP<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br><br>Attorneys for *AECOM Technical Services, Inc.* |

DATED: February 24, 2022.

STOEL RIVES LLP

By:   */s/ Mario R. Nicholas*
    MARIO R. NICHOLAS (SB #273122)
    mario.nicholas@stoel.com

*Attorneys for JH Kelly, LLC*

CERTIFICATE OF SERVICE   -1-   CASE NO.: 4:20-CV-05381-HSG

113947407.1 0034592-00012

| | |
|---|---|
| Eric A. Grasberger (admitted *pro hac vice*) <br> eric.grasberger@stoel.com <br> Edward C. Duckers (SB #242113) <br> ed.duckers@stoel.com <br> Mario R. Nicholas (SB #273122) <br> mario.nicholas@stoel.com <br> **STOEL RIVES LLP** <br> 760 SW Ninth Avenue, Suite 3000 <br> Portland, OR 97205 <br> Telephone: 503.224.3380 <br> Facsimile: 503.220.2480 <br><br> *Attorneys for JH Kelly, LLC* | Henry A. Wirta, Jr (SB#110097) <br> hwirta@hfdclaw.com <br> **Harrington Foxx Dubrow & Canter, LLP** <br> 601 Montgomery Street, Suite 800 <br> San Francisco, CA 94111 <br> Telephone: 415.288.6600 <br> Facsimile: 415.288.6618 <br><br> *Attorneys for Ed Staub & Sons Petroleum, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re <br><br> PG&E CORPORATION <br><br> v. <br><br> AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case) <br><br> (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) <br><br> (Consolidated with Case No. 3:20-cv-08463 EMC) <br><br> **ORDER ON STIPULATED REQUEST FOR DISMISSAL** |

Third Party Plaintiff JH Kelly, LLC ("Kelly") and Third Party Defendant Ed Staub and Sons Petroleum, Inc. ("Staub") (together, "the Parties"), through their respective counsel, stipulate as follows:

WHEREAS, on January 6, 2022, the Parties filed a Joint Notice of Settlement regarding the claims between the Parties [Dkt No. 129];

WHEREAS, the Parties have entered into a written settlement agreement;

NOW THEREFORE, in consideration of the terms of the negotiated settlement agreement concerning the claims among them, the Parties, by and through their respective counsel, hereby STIPULATE and AGREE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and subject to the terms of the settlement agreement between the Parties, to the Dismissal with Prejudice of all claims stated between the Parties, with each party to bear its own attorneys' fees and costs.

Nothing herein shall affect the remaining claims and counterclaims between and among JH KELLY, LLC and AECOM TECHNICAL SERVICES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

DATED:  2/28/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge