UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re<br><br>PG&E CORPORATION<br><br>v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463 EMC)<br><br>**ORDER ON JH KELLY'S MOTION FOR ADMINISTRATIVE RELIEF TO SHORTEN PAGE LIMITS FOR BRIEFING ON *DAUBERT* MOTIONS** |

Upon consideration of JH Kelly, LLC's Motion for Administrative Relief to Shorten Page Limits for Briefing on *Daubert* Motions, it is hereby ORDERED that Kelly's Motion is **DENIED.**

DATED:  4/8/2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

*DENIED*
*Judge Haywood S. Gilliam Jr.*