Marion T. Hack (State Bar No. 179216)
marion.hack@troutman.com
Luke N. Eaton (State Bar No. 280387)
luke.eaton@troutman.com
William Taylor (*admitted pro hac vice*)
william.taylor@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:  213.928.9850

Attorneys for
AECOM Technical Services, Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>     v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**DECLARATION OF MARION T. HACK IN SUPPORT OF AECOM TECHNICAL SERVICES, INC.'S MOTION TO EXCLUDE TESTIMONY OF DR. WILLIAM IBBS REGARDING LOSS OF PRODUCTIVITY**<br><br>Date:         May 31, 2022<br>Time:        11:00 a.m.<br>Location:  Courtroom 2 |

///

---

1                                                                          CASE NO. 4:20-CV-05381-HSG
DECLARATION OF MARION T. HACK

I, Marion Hack, hereby declare and swear under penalty of perjury as follows:

1. I am over the age of 18 and competent to give this Declaration.

2. I am counsel of record for AECOM TECHNICAL SERVICES, INC. ("AECOM"). I submit this Declaration in support of AECOM's Motion to exclude testimony of Dr. William Ibbs ("Dr. Ibbs").

3. I am submitting this declaration based on my personal knowledge in support of said Motion.

4. A true and correct copy of the expert report of JH Kelly LLC's ("JH Kelly") retained expert Dr. Ibbs, dated October 18, 2021 and without exhibits, served on our office and maintained in the records of this firm is attached hereto as **Exhibit 1**.

5. A true and correct copy of the relevant portions of the transcript of the deposition of Dr. Ibbs, taken on December 14, 2021, as maintained in the records of this firm is attached hereto as **Exhibit 2**.

6. A true and correct copy of the preliminary expert report of Dr. Ibbs, dated August 22, 2019, and without exhibits, produced in discovery by JH Kelly, served on our office, and maintained in the records of this firm is attached hereto as **Exhibit 3**.

7. A true and correct copy of "*Damages; Modified Total Cost Principles For Cumulative Impact Claims*" written by Dr. Ibbs and published in The Construction Lawyer, Winter 2013 Edition, is attached hereto as **Exhibit 4**.

8. A true and correct copy of "*Claims/Damages: Using the Classical Measured Mile Approach and Variants to Quantify Cumulative Impact Claims*" written by Dr. Ibbs and Long Nguyen and published in The Construction Lawyer, Winter 2012 Edition, is attached hereto as **Exhibit 5**.

9. A true and correct copy of "*Pros and Cons of Using Industry Studies to Quantify Loss of Labor Productivity*" written by Joseph C. Kovars, Dr. Ibbs, and Paul L. Stynchcomb, and published in The Construction Lawyer, Winter 2016 Edition, is attached hereto as **Exhibit 6**.

///

10. A true and correct copy of "*Calculating Lost Labor Productivity: Is There a Better Way?*" written by Daniel E. Toomey; Joshua S. Marks; Dr. Tong Zhao, P.E.; and J. Mark Dungan, and published in The Construction Lawyer, Spring 2015 Edition, is attached hereto as **Exhibit 7**.

11. A true and correct copy of "Practical Ways to Identify Measured Miles" written by Dr. Ibbs, and John Chittick and published in the Journal of Legal Affairs and Disputes Resolution in Engineering and Construction, Issue 04516007-1, is attached hereto as **Exhibit 8**.

12. A true and correct copy of "*The Cumulative Effect of Change Order on Labour Productivity – the Leanord Study "Reloaded"*, written by Gerald McEinry, published in The Revay Report, Vol. 26, Number 1, May 2007, attached hereto as **Exhibit 9**.

13. A true and correct copy of "*Evaluating the Cumulative Impact of Changes on Labor Productivity —an Evolving Discussion*," written by Dr. Ibbs and Gerald McEniry and published in Cost Engineering Vol. 50/No. 12, December 2008 Edition, is attached hereto as **Exhibit 10.**

14. A true and correct copy of the expert rebuttal report of AECOM's retained expert Anthony Gonzales, dated November 16, 2021 and without exhibits, prepared for and maintained in the records of this firm is attached hereto as **Exhibit 11**.

15. A true and correct copy of the relevant portions of the transcript of the deposition of Mr. Gonzales, taken on December 16, 2021, as maintained in the records of this firm is attached hereto as **Exhibit 12**.

16. A true and correct copy of "*Use of Mechanical Contractors Association of America Method in Loss of Productivity Claims*," written by Dr. Ibbs and Zioadun Sun and published in the Journal of Legal Affairs and Disputes Resolution in Engineering and Construction, Issue 01816001, is attached hereto as **Exhibit 13.**

17. A true and correct copy of the relevant portions of Deposition Exhibit 206, produced in discovery and maintained in the records of this firm is attached hereto as **Exhibit 14**.

18. A true and correct copy of the relevant portions of Deposition Exhibit 1, produced in discovery and maintained in the records of this firm is attached hereto as **Exhibit 15**.

///

1  I declare under penalty of perjury under the laws of the United States of America that the
2  foregoing is true and correct.
3  
4       Executed on April 14, 2022 at Los Angeles, California.
5  
6              /s/ Marion T. Hack
               MARION T. HACK