ERIC A. GRASBERGER (*admitted pro hac vice*)
eric.grasberger@stoel.com
MARIO R. NICHOLAS (SB #273122)
mario.nicholas@stoel.com
STOEL RIVES LLP
760 SW Ninth Avenue, Suite 3000
Portland, OR  97205
Telephone:  503.224.3380
Facsimile:  503.220.2480

EDWARD C. DUCKERS (SB #242113)
ed.duckers@stoel.com
STOEL RIVES LLP
Three Embarcadero Center, Suite 1120
San Francisco, CA 94111
Telephone: 415.617.8900
Facsimile: 415.617.8907

Attorneys for Plaintiff
*JH Kelly, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| In Re | Case No. 4:20-CV-05381-HSG (Lead Case) |
| PG&E CORPORATION | (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) |
| v. | |
| AECOM TECHNICAL SERVICES, INC. | (Consolidated with Case No. 3:20-cv-08463-EMC) |
| | **[PROPOSED] ORDER GRANTING DAUBERT MOTION TO EXCLUDE PORTIONS OF EXPERT TESTIMONY AND REPORTS OF TED SCOTT** |
| | Hearing Date: May 31, 2022<br>Time: 11:00 a.m.<br>Location: Courtroom 2 |
| | Complaint Filed:  January 25, 2019<br>Trial Date:  June 20, 2022 |

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

[PROPOSED] ORDER GRANTING DAUBERT MOTION
TO EXCLUDE PORTIONS OF EXPERT TESTIMONY
AND REPORTS OF TED SCOTT

-1-

CASE NO. 4:20-CV-05381-HSG

113822175.1 0034592-00012

1

**[PROPOSED] ORDER**

2

Having reviewed Plaintiff JH Kelly, LLC's ("Kelly") Daubert Motion to Exclude

3

Portions of Expert Testimony and Reports of Ted Scott ("Scott"), and for good cause appearing,

4

IT IS HEREBY ORDERED that:

5

1.      Kelly's Daubert Motion to Exclude Portions of Expert Testimony and Reports of

6

Ted Scott is GRANTED.

7

2.      The court will exclude the following portions of the testimony and Expert

8

Reports[1] of Scott:

9

a.      Scott's opinion and analysis relating to Phase 1/Window II of his Report

10

attributing a 35-day delay to Kelly;

11

b.      Scott's opinion and analysis in Phase 2/Window I of his Report

12

attributing a 32-day delay to Kelly;

13

c.      Scott's opinion and analysis in Phase 2/Window II of his Report

14

attributing a 15-day delay to Kelly;

15

d.      Scott's opinion and analysis in Phase 2/Window III of his Report

16

attributing a 6-day delay to Kelly;

17

e.      Scott's opinion and analysis in Phase 2/Window IV of his Report

18

attributing an 8-day delay to Kelly.

19

20

**IT IS SO ORDERED**.

21

22

Dated: _____

23

_____
Haywood S. Gilliam, Jr.
Judge of the District Court

24

25

26

27

28

---

[1] "Expert Reports" includes both Scott's October 18, 2021 Report on Delay ("Report") and his November 16, 2021 Reply Report on Delay.

STOEL RIVES LLP
ATTORNEYS AT LAW
PORTLAND

[PROPOSED] ORDER GRANTING DAUBERT MOTION
TO EXCLUDE PORTIONS OF EXPERT TESTIMONY
AND REPORTS OF TED SCOTT

-2-

CASE NO. 4:20-CV-05381-HSG

113822175.1 0034592-00012