1  ERIC A. GRASBERGER (*admitted pro hac vice*)
   eric.grasberger@stoel.com
2  MARIO R. NICHOLAS (SB #273122)
   mario.nicholas@stoel.com
3  STOEL RIVES LLP
   760 SW Ninth Avenue, Suite 3000
4  Portland, OR  97205
   Telephone:  503.224.3380
5  Facsimile:  503.220.2480

6  EDWARD C. DUCKERS
   ed.duckers@stoel.com
7  STOEL RIVES LLP
   Three Embarcadero Center, Suite 1120
8  San Francisco, CA 94111
   Telephone: 415.617.8900
9  Facsimile:  415.617.8907

10 Attorneys for Plaintiff
   *JH Kelly, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>  v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-CV-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**JH KELLY, LLC'S NOTICE OF MOTIONS**<br><br>Hearing Date: May 31, 2022<br>Time: 11:00 a.m.<br>Location: Courtroom 2<br><br>Complaint Filed:  January 25, 2019<br>Trial Date:  June 20, 2022 |

# NOTICE OF MOTIONS

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 31, 2022 at 11:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 2 of the above-entitled Court, located at the Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Oakland, California 94612, Plaintiff and Counterclaim Defendant JH Kelly, LLC ("Kelly") will and hereby does move the Court for an order granting:

1. Kelly's Daubert Motion to Exclude Portions of Testimony of Denise Martini (Dkt 207);
2. Kelly's Daubert Motion to Exclude Testimony of Larry Smith (Dkt 208);
3. Kelly's Daubert Motion to Exclude Testimony of Anthony Gonzales (Dkt 209);
4. Kelly's Daubert Motion to Exclude Portions of Testimony and Reports of Ted Scott (Dkt 210); and
5. Kelly's Motion for Partial Summary Judgment (Dkt. 211).

DATED: April 15, 2022         STOEL RIVES LLP

*/s/ Eric A. Grasberger*
ERIC A. GRASBERGER (*admitted pro hac vice*)
EDWARD C. DUCKERS (SB #242113)
MARIO R. NICHOLAS (SB #273122)

Attorneys for Plaintiff
*JH Kelly, LLC*