| | |
|---|---|
| Marion T. Hack (State Bar No. 179216)<br>marion.hack@troutman.com<br>Luke N. Eaton (State Bar No. 280387)<br>luke.eaton@troutman.com<br>William Taylor (*admitted pro hac vice*)<br>william.taylor@troutman.com<br>**TROUTMAN PEPPER HAMILTON SANDERS LLP**<br>350 South Grand Avenue, Suite 3400<br>Los Angeles, CA 90071<br>Telephone:  213.928.9800<br>Facsimile:  213.928.9850<br><br>Attorneys for<br>AECOM Technical Services, Inc. | Eric A. Grasberger (admitted *pro hac vice*)<br>eric.grasberger@stoel.com<br>Edward C. Duckers (SB #242113)<br>ed.duckers@stoel.com<br>Mario R. Nicholas (SB #273122)<br>mario.nicholas@stoel.com<br>**STOEL RIVES LLP**<br>760 SW Ninth Avenue, Suite 3000<br>Portland, OR 97205<br>Telephone:  503.224.3380<br>Facsimile:  503.220.2480<br><br>Attorneys for JH Kelly, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**ORDER ON STIPULATION REGARDING MUTUAL WITHDRAWAL OF CERTAIN AFFIRMATIVE DEFENSES** |

Plaintiff and Counterclaim Defendant JH Kelly, LLC ("JHK") and Defendant and Counterclaim Plaintiff AECOM Technical Services, Inc. ("AECOM") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, the Parties met and conferred in order to clarify and narrow the contested issues for trial, specifically as to each party's affirmative defenses. *See* Dkt. No. 66 (JH Kelly LLC's Answer to AECOM Technical Services, Inc.'s Second Amended Counterclaim); No. 186 (AECOM Technical Services, Inc.'s Answer to JH Kelly LLC's Second Amended Counterclaim).

1       WHEREAS, JHK filed a Motion to Strike AECOM's Twelfth Affirmative Defense
2  ("Lack of Licensure") on April 12, 2022.  Dkt. No. 200.

3       WHEREAS, JHK alleges that "at all times material hereto [JHK] was authorized to
4  conduct business in the State of California as a contractor under Contractors State License No.
5  991732" and AECOM answered that it "lacks sufficient information to assess the truth or falsity
6  of [that] allegation[] … and accordingly denies the same." *See* Dkt. 102 ¶ 4; Dkt. No. 186 ¶ 4.

7       WHEREAS, the Parties agree that certain affirmative defenses asserted by the Parties can
8  be withdrawn at this time in anticipation of trial.

9       NOW THEREFORE, in consideration of the foregoing, the Parties, by and through their
10 respective counsel, hereby STIPULATE and AGREE as follows:

11      1.   AECOM's First Affirmative Defense for Failure to State a Claim is withdrawn;
12      2.   AECOM's Eleventh Affirmative Defense for Prompt Payment Laws is withdrawn;
13      3.   AECOM's Twelfth Affirmative Defense for Lack of Licensure is withdrawn;
14      4.   AECOM's Fourteenth Affirmative Defense for Indemnity is withdrawn;
15      5.   AECOM's Twenty-Second Affirmative Defense for Statute of Limitations is
16 withdrawn;
17      6.   JHK's First Affirmative Defense for Failure to State a Claim is withdrawn;
18      7.   JHK's Third Affirmative Defense for Causation is withdrawn;
19      8.   JHK's Eighth Affirmative Defense for Reasonableness and Good Faith is
20 withdrawn;
21      9.   JHK's Twelfth Affirmative Defense for Indemnity is withdrawn;
22      10.  JHK's Fourteenth Affirmative Defense for Violation of Prompt Payment is
23 withdrawn.

24      The Parties agree that this Stipulation is not to be construed as a waiver or withdrawal of
25 any other affirmative defense or as having any other effect on the Parties' answers to each other's
26 allegations in their respective Answers.

27 ///
28 ///

1       The Parties also agree that JHK will withdraw its Motion to Strike AECOM's Twelfth
2 Affirmative Defense [Dkt. No. 200] upon this Stipulation being entered by this Court.

4 **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

6 DATED: 4/19/2022

7 By: *Haywood S. Gilliam Jr.*
      HAYWOOD S. GILLIAM, JR.
8       United Stated District Judge