Marion T. Hack (State Bar No. 179216)
marion.hack@troutman.com
Luke N. Eaton (State Bar No. 280387)
luke.eaton@troutman.com
William Taylor (*admitted pro hac vice*)
william.taylor@troutman.com
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone:  213.928.9800
Facsimile:  213.928.9850

Attorneys for
AECOM Technical Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re<br><br>PG&E CORPORATION<br><br>   v.<br><br>AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case)<br><br>(Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008)<br><br>(Consolidated with Case No. 3:20-cv-08463-EMC)<br><br>**DECLARATION OF JOHN H. CONRAD IN SUPPORT OF AECOM TECHNICAL SERVICES, INC.'S OPPOSITION TO JH KELLY, LLC'S MOTION TO EXCLUDE PORTIONS OF EXPERT TESTIMONY AND REPORTS OF TED SCOTT**<br><br>Date: May 31, 2022<br>Time: 11:00 a.m.<br>Location: Courtroom 2 |

Pursuant to 28 U.S.C. § 1746, I, John H. Conrad, hereby declare and swear under penalty of perjury as follows:

1. I am over the age of 18 and competent to give this Declaration.

2. I am one of the counsel representing AECOM TECHNICAL SERVICES, INC. ("AECOM") in the above-entitled matter. I submit this Declaration in support

AECOM's Opposition to JH Kelly, LLC's Motion to Exclude Portions of Expert Testimony and Reports of Ted Scott ("Opposition").

3. I am submitting this declaration based on my personal knowledge in support of AECOM's Opposition in this matter.

4. A true and correct copy of Ted Scott's curriculum vitae is attached hereto as **Exhibit 1**.

5. A true and correct copy of the expert report of AECOM's retained expert, Ted Scott, dated October 18, 2021, is attached hereto as **Exhibit 2**.

6. A true and correct copy of the expert rebuttal report of AECOM's retained expert, Steve Lewis, dated November 16, 2021, is attached hereto as **Exhibit 3**.

7. A true and correct copy of relevant portions of the deposition of Peter Apostolakis, taken on October 29, 2021, is attached hereto as **Exhibit 4**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2022 at Los Angeles, California.

/s/ *John H. Conrad*
John H. Conrad