

# Ted M. Scott, P.E.
Managing Director

**Current Position**

Ted Scott is a Managing Director with Secretariat and has over 25 years of experience in the construction industry, specializing in dispute resolution, delay and disruption analyses, cost overruns, scheduling and project controls.

**Professional Experience**

Mr. Scott's experience spans across a variety of large scale infrastructure and commercial projects including: airports; highways, roads, and bridges; rail and light rail; ports; tunnels; energy and power plants; oil and gas; water and wastewater treatment facilities; education; sports and stadiums; hospitals; hotels and casinos; military; judicial; commercial and residential buildings; and IT systems.

Mr. Scott is an author and frequent speaker on a variety of construction related topics. He also serves on the American Society of Civil Engineers' committee for the development of a national consensus standard governing the best practice for conducting CPM schedule delay analysis in construction.

Prior to working in the consulting field, Mr. Scott worked both as a civil engineer and scheduler on several large highway and bridge projects gaining hands-on experience from the ground up.

**Contact Details**

Office:  +1.310.819.9011
Mobile:  +1.703.624.4339
tscott@secretariat-intl.com

**Professional History**

- Secretariat
- Navigant Consulting
- March USA
- KPMG
- McDonough Bolyard Pack
- HNTB

**Education**

- BS Civil Engineering
- Masters of Business Administration

**Expert Experience**

Mr. Scott has been appointed as an expert on numerous disputes in Asia, Australia, Europe, North America and the Middle East. He has testified in US Federal and State Courts as well as in arbitrations (under ICC, AAA, and JAMS rules) as an independent expert on matters of scheduling, project delay, loss of productivity and quantum.

Mr. Scott has also been recognized by Who's Who legal as an industry thought leader and top construction expert for delay and quantum. WWL says:

> *"Ted Scott's vast experience in the construction industry makes him a go-to figure for complex arbitration disputes in the sector."*
>
> *Ted Scott is a favourite among sources who of whom notes they were "very much impressed with Ted's work - he should be on anyone's shortlist for delay analysis without question".*



## Ted M. Scott, P.E.

*Ted Scott possesses "foremost expertise" in construction claims and is applauded by sources for his "calm under cross-examination".*

**Representative Engagements**

Selected examples from Mr. Scott's body of work in project management, planning, programming and analysis of project delays include the following:

**Airports**

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $5 billion airport in Oman.

- On behalf of two subcontractors, analyzed delay and disruption arising during the construction of a $99 million airport control tower in Western United States.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $148 million airport terminal connector in Southern California.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $4.6 billion airport in Qatar.

- Appointed expert on behalf of a subcontractor, concerning delays and disruption arising during the construction of a $1.5 billion airport terminal in Southern California.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $650 million airport terminal in Russia.

**Commercial & Residential**

- Appointed expert on behalf of the contractor, concerning delays arising during the construction of a $30 million, 17-story residential tower in Canada.

- Appointed expert on behalf of a developer, concerning delays and disruption arising during the construction of a $1.5 billion hotel and condominium Project located in Southern California. The Project consisted of the renovation of a historic hotel, two forty-six story towers, and approximately 100,000 SF of commercial/retail space.

- Appointed expert on behalf of a developer, concerning delays arising during the construction of a $76 million, 52-story luxury residential high-rise tower in Europe.

- On behalf of the contractor, analyzed delay arising during the construction of two, £30 million, 23-story apartment buildings in the United Kingdom.

- On behalf of the curtainwall subcontractor, analyzed delay arising during the construction of three, $64 million high rise commercial office towers in Saudi Arabia.



Ted M. Scott, P.E.

- Appointed expert on behalf of a developer, concerning delays and disruption arising during the construction of a $38 million, 298 condominium complex in Southern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $33 million, 5 building apartment complex in Southwestern United States.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $110 million, 7 building apartment complex in Southern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $230 million, 38 floor luxury residential tower in the U.A.E.

- Appointed expert on behalf of an architect, concerning delays arising during the construction of a $65 million, 7-story luxury condominium project in Southern California.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $271 million city mall expansion in the U.A.E.  The project included two 20-story residential towers covering an area of 218,000m$^2$.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $240 million office complex in Russia.

- Appointed expert on behalf of a design firm, concerning delays during the $200 million refurbishment of a commercial office building in the UK.

- Appointed expert on behalf of a developer, concerning delays during the construction of a $100 million residential housing complex in the UK.

- Appointed expert on behalf of the contractor, concerning delays during the construction of an $850 million 52-story, commercial office building in Northeastern United States.

- Appointed expert on behalf of the owner, concerning delays during the construction of a $48 million retail distribution center in Southeastern United States.

- On half of a contractor, analyzed delay arising during the construction of a $300 million manufacturing facility in the UK.

- Appointed expert on behalf of the owner, concerning the delays arising during the construction of a $110 million, 12-story company office campus in Northeastern United States.

- Delivered a detailed construction estimate for a fraud investigation during the renovation of a major urban office building.  Reviewed preliminary Plans and Specifications, performed quantity takeoffs and crew and equipment analyses, and obtained materials supplier and subcontractor quotes in Northeastern United States.



Ted M. Scott, P.E.

- Implemented a project assessment of the $66 million expansion, renovation and new construction of the existing Civic Center.  Reviewed the responsibilities of the design and project management team.  Reviewed design documents, construction estimates and procurement, letting and construction schedules.  Recommended an appropriate project management structure and communication plan.  Developed and presented a report identifying issues and concerns.

- On behalf of counsel for surety, served as project manager during construction of a $10 million residential development for the release of bonds.  Assisting counsel in identification and review of remaining work, soliciting bid prices and selection of contractor.  Directed the contractor during the construction and managed team of on-site engineers.

## Education

- Appointed expert on behalf of the contractor, analyzed delays and disruptions arising during the construction of a $37 million. 100,000 ft2 University laboratory building in Northern California.

- Appointed expert on behalf of the contractor, analyzed delays and disruptions arising during the construction of a $55 million. 225,000 ft2 University complex in Southern California.

- Appointed expert on behalf of the owner, analyzed delays and disruptions arising during the construction of a $83 million public safety training complex in Southern California.

- Appointed expert on behalf of the owner, analyzed delays and disruptions arising during the construction of a $71 million high school in Southern California.

- Appointed expert on behalf of a subcontractor, analyzed delays and disruptions arising during the construction of $45 million high school in Southern California.

- Appointed expert on behalf of the construction manager, concerning delays and disruption arising during the construction of a $56 million University learning resource facility in Southern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $32 million, 3 story, 55,000 sq. ft. learning resource center in Southern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the renovation of a $13 million, 60,000 sq. ft. recital hall in Southern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $110 million performing arts center in Southern California.

- Appointed expert on behalf of a subcontractor, concerning delays during the construction of a $15 million University Research Building in Southeastern United States.

- On behalf of a contractor, analyzed delay arising during the construction of $75 million University project in Northern California.  The project consisted of 7 residential buildings and a student services building.



Ted M. Scott, P.E.

- On behalf of an owner, analyzed delay and disruption arising during the construction and renovation of a $50 million public school in Northeastern United States.

- On behalf of a contractor, analyzed delay arising during the $21.5 million renovation of an 8 building, suburban high school campus in Northeastern United States.

**Energy and Power**

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $12.8 billion 1,100 MW Hydroelectric generating station in Canada.

- Appointed expert on behalf of the EPC contractor, concerning delays and disruption arising during the construction of a $215 million 200MWAC photovoltaic solar generation project in Georgia.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $416 million 280 megawatt (MW) alternating current (AC) solar project in Northern California.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $397 million 315MW photovoltaic (PV) solar farm in Texas.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $45 million biomass power plant in Hawaii.

- Appointed expert of behalf of the contractor, concerning delays and disruption arising during the construction of a $400 million, 440 MW combined cycle power plant in Northwestern United States.

- Appointed expert of behalf of the contractor, concerning delays and disruption arising during the deconstruction of a $35 million steam power plant in Southern California.

- On behalf of the contractor, analyzed delay and disruption arising during the construction of a $45 million, 150-MW, alternating current photovoltaic power plant in Northern California.

- On behalf of an owner, analyzed delay arising during the construction of a $250 million, 154 MW, coal/pet coke fired steam power generation unit power plant in South America.

- On behalf of an owner, analyzed delay arising during the construction of a $500 million 1,200MW combined-cycle power plant in Southeastern Asia.

- On behalf of a contractor, analyzed delay and productivity during the construction of a $70 million combined-cycle power plant in Northeastern United States.

- On behalf of an owner, analyzed delay arising during the construction of a $91.2 million, 125 MW oil fired, and electric power generating plant in Asia.

- On behalf of an owner, analyzed delay arising during the construction of a $96.2 million natural gas fired, combined cycle, electric power generating plant in Asia.



Ted M. Scott, P.E.

**Healthcare**

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the $188 million addition of a new hospital tower in Southern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $225 million, five-story, 236,000 ft2 cardiovascular research building in Northern California.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of a $140 million, 156,000 ft$^2$ outpatient and clinic facility in Southern California.

- Appointed expert on behalf of a contractor, concerning delay and disruption arising during the construction of a $55 million renovation of a children's hospital in Southern California.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $2.3 billion hospital in Qatar.

- On behalf of a contractor, analyzed delay arising during the construction of a $100 million, 15-story, hospital in Jordan.

- Appointed expert on behalf of the owner, concerning delays arising during the construction of an $83 million, six-story medical research laboratory in Northeastern United States.

- On behalf of an owner, analyzed delay arising during the construction of a $23 million hospital expansion and renovation project involving multiple prime contractors and phased construction requirements in Southeastern United States.

- On behalf of an owner, analyzed delay arising during a $13.5 million hospital renovation project including a Central Energy Plant and utility tunnels in Southern United States.

**Highways/Roads/Bridges**

- Appointed expert on behalf of the designer, concerning delays and disruption arising during a $447 million highway project in Texas.

- Appointed expert on behalf of the owner, concerning delays arising during a $8 million bridge in Southern California.

- Appointed expert on behalf of two subcontractors, concerning delays and disruption arising during the $200 million upgrade of a bridge and bus terminal in Northeastern United States.

- Appointed expert on behalf of a joint venture, concerning delays and disruption arising during the construction of a $1.3 billion upgrade of the main traffic artery of a major city in the Middle East.  The project included over 395,000sqm of viaducts made of prefabricated segments, which include six cloverleaf intersections and other pertaining structures.



Ted M. Scott, P.E.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during a $350 million upgrade of an iconic bridge in Northern California.

- Appointed expert on behalf of the developer, analyzed delay arising during the construction of a $7 million steel bridge in Southern California.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $770 million highway in Canada.  The project included 9 interchanges and 27 bridge structures.

- On behalf of an owner, analyzed delay and disruption arising during the construction of a $250 million highway interchange in the U.A.E.

- On behalf of an owner, performed a constructability review and prepared a detailed CPM schedule for a $150 million highway project located in Southeastern United States.  The Project included 3 interchanges and 7 fly-over bridges.

- Appointed expert on behalf of the owner, concerning delays arising during the construction of a $4 million, five-mile bike path in Northwestern United States.

- On behalf of the owner, managed the claim process for several ongoing highway construction projects including evaluating and performing detailed delay analyses, preparing settlement costs, and assisting in settlement negotiation meetings.  All projects were located in Northeastern United States.

- On behalf of the owner, managed the construction CPM schedule for seven ongoing highway projects including reviewing the contractor's initial schedule submittals, reviewing monthly updates, evaluating delay impacts and analyzing areas for acceleration.  All projects were located in Southeastern United States.

- On behalf of the owner, worked as a Project Engineering overseeing the construction of a $55 million interstate interchange in Southeastern United States.

- On behalf of the owner, worked as a Project Engineering overseeing the construction of a $35 million highway interchange in Southeastern United States.

- On behalf of the owner, worked as a Project Engineering overseeing the construction of a $27 million highway interchange in Southeastern United States.

- As a design engineer, developed plans and specifications for a $676 million interstate interchange in Southeastern United States.

**Hospitality and Casinos**

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of a $45 million, 250 room theme park hotel in Southern California.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $40 million, 11-story hotel in Southern California.



Ted M. Scott, P.E.

- Appointed expert on behalf of the owner, concerning the delays arising during the $63 million renovation of a 268-room hotel in Southern California.

- On behalf of a subcontractor, analyzed delays during the construction of a $1.25 billion racetrack complex in U.A.E. that included 2 racetracks, a grandstand, a 258-room hotel, a marina, a museum and a cinema.

- Appointed expert on behalf of the owner, concerning the delays arising during the construction of a $122 million high-rise hotel and condominium project in Northwestern United States.

- Appointed expert on behalf of the owner, concerning delays arising during the construction of a $115 million, 1,400 room luxury hotel and spa in Southern California.

- Appointed expert on behalf of the owner, concerning delays arising during the rebuild a $65 million resort and casino that was damaged due to Hurricane Katrina.

- Appointed expert on behalf of the owner, concerning delays arising during the construction of a $34 million resort hotel and spa in Southeastern United States.

- Appointed expert on behalf of the contractor concerning delays arising during the construction of a $60 million resort and casino in Southeastern United States.

- Appointed expert on behalf of the contractor concerning delays arising during the construction of a $550 million complex including three international hotels, a shopping and entertainment centre, office and residential towers, and a medical centre in Egypt.

 Judicial

- On behalf of the owner, analyzed delay arising during the construction of a $111 million, ten-story courthouse and federal building in Southern California.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $100 million, 9-story prison facility, housing 1,000 inmates in Northeastern United States.

- On behalf of the owner, analyzed delay arising during the construction of a $35 million, 6 building minimum-security prison facility housing 300 inmates in Southeastern United States.

- Reviewed the processes and controls in place for the construction of a $35 million Adult Detention Center and Sheriff's Facility in Southeastern United States. Developed a report identifying issues and providing specific recommendations to strengthen future planning efforts.

 IT Systems

- Appointed expert on behalf of the contractor, concerning delays arising during the implementation and integration of an airports IT system during the $5 billion construction of a new international terminal in Oman.



- On behalf of the owner, analyzed delay arising during the design, development, testing and support of a £1.1 billion electronic software system that collected and analyzed data for all passengers entering and leaving the UK.

**Military**

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of 7 buildings on a military base in Southern California.

- On behalf of the contractor, analyzed delays arising during the manufacturing and production of a $150 million military training system in Southwestern United States.

- Appointed expert on behalf of the Contractor concerning delays and disruption arising during the $5 million refurbishment of a military airport runway in Southern California.

**Oil, Gas, Process & Industrial:**

- On behalf of the contractor, analyzed delay and disruption arising during the $1 billion construction of eight sets of four modules which were to be lifted and integrated onto Floating, Production, Storage and Offloading platforms in South America.

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of a $65 million natural gas compression station and pipeline transportation system in Northern California.

- Appointed expert on behalf of the owner concerning delays and disruption arising during the $115 million modernization of a paper and pulp mill in Western Canada.

- On behalf of a contractor, analyzed delay and disruption arising during the construction of a $6 billion oil refinery in South America.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $2 billion oil refinery plant in Southern United States.

- On behalf of an owner, analyzed delay and disruption arising during the construction of a $2 billion subsea oil production system and submarine pipeline off the coast of West Africa.

- On behalf of an owner, analyzed delay and disruption arising during the construction of a $4 billion integrated offshore drilling and production oil platform in the Gulf of Mexico.

- On behalf of an owner, analyzed delay and disruption arising during the construction of a $1.6 billion LNG plant and pipeline transportation system in the UK.

- On behalf of an owner, analyzed delay and disruption arising during the construction of a $750 million methanol plant in the Middle East.

- Appointed expert on behalf of a contractor, concerning delays and disruption arising during the construction of an $18 billion LNG plant and pipeline transportation system in Australia.



Ted M. Scott, P.E.

- On behalf of the contractor, analyzed delay and disruption arising during the construction of 3 LNG mega-trains in Qatar and pipeline transportation system with a construction value of $13 billion.

- On behalf of a joint venture, analyzed delay and construction management performance during the construction of a $40 million grain crushing plant in the Ukraine.

- On behalf of a contractor, analyzed delays arising during the construction of a $240 million polypropylene plant in Northeastern United States.

**Ports, Ship Building**

- Appointed expert on behalf of the contractor concerning delays and disruption arising during the construction of two $100 million fire station boats in Western United States.

- Appointed expert on behalf of the program manager, concerning delays and disruption arising during the construction of an $8.8 billion port in Qatar.

- Participated in a value engineering study on behalf of the US Army Corps of Engineers to examine the construction cost of $250 million rehabilitation of an existing Lock and Dam on the Monongahela River. Presented findings to US Army and Riverboat industry.

**Rail & Light Rail**

- Appointed expert on behalf of the Owner, concerning delays and disruptions arising during the $700 million electrification of a 52-mile rail corridor in Northern California.

- On behalf of the contractor, analyzed delay and disruption arising during the construction of a $10 billion metro system in Saudi Arabia.  The Project consisted of two rail lines with a combined length of 55 km and included 35 stations and 14 bridges.

- On behalf of the contractor, analyzed delay and disruption arising during the $2.9 billion extension of a rail metro line in U.A.E.

- Appointed expert on behalf of the subcontractor, concerning delays and disruption arising during the construction of a $2.25 billion transit center in Northern California.  The transit center links several transportation systems including rail, light rail, high speed rail and buses.

- Appointed expert on behalf of the designer, concerning delays and disruption arising during the construction of a $26 million Metro operations facility in Northern California.

- On behalf of an owner, analyzed delay and disruption arising during the construction of a $2.5 billion rail transport project in Turkey.  The project included a 76 km high capacity rail line and the world's deepest undersea immersed tube runnel.

- On behalf of the contractor, analyzed delay and disruption arising during the design and construction of a £1.2 billion contract in relation to the replacement of the telecommunications and radio system for one of the largest underground rail networks in Europe.



Ted M. Scott, P.E.

**Sports/ Stadiums**

- Appointed expert on behalf of the contractor, analyzed delay and disruption arising during the construction of a $850 million, 60,000 capacity stadium in Qatar.

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of a $55 million,1,000-capacity sports complex in Southern California United States.

- On behalf of the contractor, performed schedule review to monitor progress during the construction of a $50 million,10,000 seat outdoor concert venue in Southern California United States.

- Appointed expert on behalf of a subcontractor, concerning delays and disruption arising during the construction of a $220 million, 41,000-capacity on-campus multi-purpose stadium in Western United States.

- On behalf of the Contractor, managed the construction CPM schedule for a 38,000-capacity professional baseball stadium with a construction value of $203 million.  Reviewed the contractor's initial schedule submittal, performed monthly updates, evaluated impacts and delays and analyzed areas for acceleration.  Active participation with the contractor in partnering and CPM schedule review meetings.  The Project was located in Northeastern United States.

**Tunnels**

- On behalf of a city council, analyzed delay and disruption arising during the construction of a $716 million twin bore tunnel highway project in the UK.

- On behalf of the owner, managed the CPM schedule for a $22.3 million three-phased tunneling operation, to improve a portion of a city's trunk sewer.

**Water & Wastewater**

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of a $228 million sewage plant in the Middle East.

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of a $192 million water quality control plant in Southern California.

- Appointed expert on behalf of the contractor, concerning delays and disruption arising during the construction of a $180 million water reclamation facility in Southern California.

- Appointed expert on behalf of the owner, concerning delays and disruption arising during the construction of a $16 million lift station in Southern California.

- Appointed expert on behalf of a developer, concerning delays arising during the construction of a $1.5 million potable transmission waterline that supports a 20,000-acre planned development community.



Ted M. Scott, P.E.

- On behalf of an owner, analyzed delays arising during the construction of a $55 million indoor marine science research center including a flowing seawater facility providing raw, filtered and treated seawater for research applications in Southeastern United States.



Ted M. Scott, P.E.

**Testimony**

RIZZANI DE ECCHER S.p.A. (Italy)
OBRASCON HUARTE LAIN S.A. (Spain)
TREVI S.p.A. (Italy)
vs THE STATE OF KUWAIT
Trial Testimony, 2021

Steiner vs Tenpenny
Steiner Residence
Deposition Testimony, 2021

Stantec vs Beazley
Loop 375
Trial Testimony, 2020

Calex vs Webcor
Century City Plaza
Mediation Testimony, 2020

South Orange County Community College District vs PCL Construction Services
Saddleback Stadium
Mediation Testimony, 2020

Merlin Entertainment Group vs PCL Construction Services
Legoland Castle Hotel
Mediation Testimony, 2020

Forestar Chatsworth vs Beador Construction Co.
Poema Bridge
Deposition and Trial Testimony, 2020

Ventana Construction Corp. vs Duke Limited Partnership
The Duke
Trial Testimony, 2020

NCR vs Thales Phase 3
Muscat International Airport
Trial Testimony, 2020



Ted M. Scott, P.E.

Foss Maritime vs City of Long Beach
Fireboats for Stations No 15 and 20
Mediation Testimony, 2020

Fisk Electric vs Archer Western
McCarron Airport Air Traffic Control Tower
Deposition and Trial Testimony, 2019

Desert Mechanical vs Archer Western
McCarron Airport Air Traffic Control Tower
Deposition and Trial Testimony, 2019

American Multifamily vs HP Real Estate Development
Claremont College Keck Graduate Student Housing
Deposition 2019

GW Bridge Bus Station Development Venture vs Five Star Electric
GW Bridge Bus Station Redevelopment
Trial Testimony, 2019

GW Bridge Bus Station Development Venture vs WDF
GW Bridge Bus Station Redevelopment
Trial Testimony, 2019

Action Direct vs NNP III-Estrella Mountain Ranch
Estrella Mountain Ranch
Deposition Testimony, 2018

NCR vs Thales Phase 2
Muscat International Airport
Trial Testimony, 2018

Zlota vs INSO
Zlota 44
Trial Testimony, 2017

NCR vs Thales
Muscat International Airport
Trial Testimony, 2017

Allan Hancock Joint Community District vs Sinanian Development Inc
Allan Hancock Community College
Mediation Testimony, 2017



Ted M. Scott, P.E.

Restec Contractors vs Cleveland Wrecking Company
Bakersfield Power Plant
Deposition Testimony, 2017

Metro vs LCN
Judy K. Souza Operations Facility
Mediation Testimony, 2017

BCC Construction vs Green Energy
Kauai Biomass Plant
Trial and Deposition Testimony, 2017

Fisk Electric vs Suffolk Construction
LAUSD Central Region 9th Street, K-8 Span
Deposition, Trial Testimony, 2017

Advent Companies vs SJC II/Fourth and Haven
Vistara
Trial and Deposition Testimony, 2017

Straub-Driver vs Global Metals Corp
Truck Company Operations Complex at the Marine Corps Base in Camp Pendleton
Trial and Deposition Testimony 2016

PCL vs Eastern Municipal Water District
San Jacinto Valley Regional Water Reclamation Facility
Mediation Testimony, 2015

Straub Construction vs AAA Paving
March Airforce Base
Trial and Deposition Testimony 2015

Chevron USA Inc. vs. KBR
The PBOP Project
Mediation Testimony, 2014

California Comfort vs. Summit dck Construction Company
Los Angeles City College – Clausen Hall
Mediation Testimony 2014

URS vs. Coast Community College District
Golden West College Learning Resource Center
Trial, Deposition and Mediation Testimony 2014



Ted M. Scott, P.E.

Sepulveda Construction vs City of Huntington Beach
Pump Station
Trial and Deposition Testimony 2014

American/BCEGZ vs. Shores LLC
The Shores
Trial, Deposition and Mediation Testimony 2013

Chevron USA Inc. vs. GMF
The Bigfoot Project
Mediation Testimony, 2013

USA Kenmore v John Sergio Fisher & Associates, Inc.
Kenmore Towers
Mediation Testimony 2012

EMethanex vs. Techint
Damietta Methanol Project
Mediation Testimony, 2010

Superior Wall Systems vs. C.W. Driver
California State University Northridge Performing Arts Center
Mediation Testimony, 2010

Bell BCI Company vs. U.S.
Louis Stokes Laboratory
Fed. Court of Claims, 2010
Deposition and Mediation Testimony 2009

Dublin City Council vs. NMI Construction
Dublin Port Tunnel
Dispute Advisory Board, 2007
Mediation Testimony

Vulcan Inc. vs. FM Global
2200 Westlake Condos
Mediation Testimony, 2007

Penn National Gaming. vs. Zurich
Casino Magic
Mediation Testimony, 2007

Bell BCI Company vs. U.S.
Louis Stokes Laboratory
Fed. Court of Claims, 2005
Trial and Deposition Testimony



Ted M. Scott, P.E.

Zurich vs. Aztar
Tropicana Casino
Supreme Court of Arizona, 2005
Deposition Testimony

Destination Hospitality Development vs. FM Global
Estancia Hotel
Mediation Testimony, 2004

Alexandria City Public Schools vs. Fox-Seko
George Washington Middle School
Mediation Testimony, 2003

