UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JH KELLY, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>AECOM TECHNICAL SERVICES, INC.,<br><br>        Defendant. | Case No. 20-cv-05381-HSG<br><br>**ORDER DIRECTING PARTIES TO SUBMIT TRIAL ESTIMATES** |

The Court intends to impose time limits on each party at trial. Each party is DIRECTED to submit (1) the projected duration of the direct examination of each of its witnesses; (2) the anticipated duration of the cross-examination of each of the other party's disclosed witnesses; (3) the total number of hours projected (i.e., the sum of categories (1) and (2)); and (4) the estimated number of hours they expect their case to take (including opening, direct and cross examinations, and closing). These estimates should be realistic, not padded, and the Court ultimately will independently determine a reasonable hours limit assuming maximum efficiency by the parties in scoping and presenting their cases. The Court **DIRECTS** the parties to submit these time estimates by 5:00 p.m. on May 30, 2022.

**IT IS SO ORDERED.**

Dated: 5/26/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge