| | |
|---|---|
| Marion T. Hack (State Bar No. 179216) <br> marion.hack@troutman.com <br> Luke N. Eaton (State Bar No. 280387) <br> luke.eaton@troutman.com <br> William Taylor (*admitted pro hac vice*) <br> william.taylor@troutman.com <br> **TROUTMAN PEPPER HAMILTON SANDERS LLP** <br> 350 South Grand Avenue, Suite 3400 <br> Los Angeles, CA 90071 <br> Telephone:  213.928.9800 <br> Facsimile:  213.928.9850 <br><br> Attorneys for <br> AECOM Technical Services, Inc. | Eric A. Grasberger (admitted *pro hac vice*) <br> eric.grasberger@stoel.com <br> Edward C. Duckers (SB #242113) <br> ed.duckers@stoel.com <br> Mario R. Nicholas (SB #273122) <br> mario.nicholas@stoel.com <br> **STOEL RIVES LLP** <br> 760 SW Ninth Avenue, Suite 3000 <br> Portland, OR 97205 <br> Telephone:  503.224.3380 <br> Facsimile:  503.220.2480 <br><br> Attorneys for <br> JH Kelly, LLC |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| In Re <br><br> PG&E CORPORATION <br><br> v. <br><br> AECOM TECHNICAL SERVICES, INC. | Case No. 4:20-cv-05381-HSG (Lead Case) <br><br> (Reference withdrawn from Bankruptcy Case No. 19-30088, Adv. Proc. No. 20-03019 and Adv. Proc. No. 19-03008) <br><br> (Consolidated with Case No. 3:20-cv-08463-EMC) <br><br> **STIPULATION REGARDING PENDING DAUBERT MOTIONS** |

Plaintiff and Counterclaim Defendant JH Kelly, LLC ("JHK") and Defendant and Counterclaim Plaintiff AECOM Technical Services, Inc. ("AECOM") (collectively, the "Parties"), by and through their respective counsel, stipulate as follows:

WHEREAS, the Parties met and conferred in order to determine which of the pending *Daubert* motions are still at issue, mooted and/or limited by the Court's recent Order on AECOM's Motion for Partial for Summary Judgment [Dkt. No. 229] ("Order"), as well as the impact of the Order on the presentation of expert witness testimony;

WHEREAS, after this meet and confer, the Parties agree to the following regarding the pending *Daubert* motions:

| Witness | Order Does Not Apply to JHK's Abandonment Claim | Order Applies to JHK's Abandonment Claim |
|---|---|---|
| Greg A. McKinnon [*Daubert* Motion - Dkt. No. 203] | Full testimony | Limited testimony presented only during bifurcated proceeding before the Court. |
| Gerald Zamiski [*Daubert* Motion - Dkt. No. 204] | Full testimony | Full testimony |
| Dr. William Ibbs [*Daubert* Motion - Dkt. No. 206] | Full testimony | Possible limited testimony if the Court holds that the balance of JHK's change management support fees remain at issue following the Order. |
| Denise Martini [*Daubert* Motion - Dkt. No. 207] | Full testimony | Full testimony |
| Larry Smith [*Daubert* Motion - Dkt No. 208] | Full testimony | No testimony |
| Anthony Gonzales [*Daubert* Motion - Dkt. No. 209] | Full testimony | Limited testimony regarding AECOM back-charges |
| Ted Scott [*Daubert* Motion - Dkt. No. 210] | Full testimony | Full testimony |

**IT IS SO STIPULATED.**

DATED:  May 31, 2022

**STOEL RIVES LLP**

By:  /s/ Eric A. Grasberger
Eric A. Grasberger
Edward C. Duckers
Mario R. Nicholas
*Attorneys for JH Kelly, LLC*

DATED:  May 31, 2022

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By:  /s/ Luke N. Eaton
Marion T. Hack
Luke N. Eaton
*Attorneys for AECOM*

I, <u>Luke N. Eaton</u>, am the ECF user whose ID and password are being used to file this Stipulation in compliance with Civil L.R. 5-1(i)(3). I hereby attest that the concurrence of the filing of this document has been obtained from each of the other signatories indicated by a conformed signature (/s/) within this document.

DATED: May 31, 2022

                                           By:    /s/ Luke N. Eaton

3     CASE NO. 4:20-CV-05381-HSG
STIPULATION RE: *DAUBERT* MOTIONS AND PROPOSED EXPERT TESTIMONY