UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JH KELLY, LLC,

           Plaintiff,

     v.

AECOM TECHNICAL SERVICES, INC.,

           Defendant.

Case No.  20-cv-05381-HSG

**ORDER SETTING TRIAL TIME LIMITS**

      The Court instructed the parties to provide "realistic, not padded" estimates of the number of hours they expect their case to take.  Dkt. No. 233.  In response, JH Kelly estimated that it would take 38.25 hours to present its case, and AECOM estimated 42 hours for its case.  *See* Dkt. Nos. 247, 250.

      To ensure that the parties are efficient in scoping and presenting their (unusually sprawling) cases, the Court will impose the following time limits at trial:  each party will have a maximum of 30 hours total to present its case, including opening and closing arguments and direct and cross-examination.  Time counts against the party that is questioning.  The Court will keep track of this time, and is confident that these limits provide sufficient time for each side to present its case by diligently focusing and honing their presentations.

      **IT IS SO ORDERED.**

Dated:   6/1/2022

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California